Edward Hernstadt (EH 9569)
HERNSTADT ATLAS LLP
11 Broadway, Suite 615
New York, New York 10004
Tel: 212-809-2501
Fax: 212-214-0307
Email: ed@heatlaw.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————— X
PENGUIN GROUP (USA) INC.,

      Plaintiff,

-against-

AMERICAN BUDDHA,

      Defendant.
————————————————————— X

Case No. 09 CIV 00528 (GEL)

**ORDER FOR ADMISSION
OF CHARLES CARREON
*PRO HAC VICE***

      Upon the motion of Edward Hernstadt, attorney for American Buddha and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

      Charles Carreon
      Online Media Law, PLLC
      2165 S. Avenida Planeta
      Tucson, Arizona 85710
      Tel: 520-841-0835
      Fax: 503-296-5317
      Email: chas@charlescarreon.com

is admitted to practice *pro hac vice* as counsel for American Buddha in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

1

Dated: March 5, 2009

_____
Gerald E. Lynch
United States District Judge