**Exhibit 1**

# AMERICAN BUDDHA ONLINE LIBRARY

## What is The American Buddha Online Library?

In year 2000, American Buddha, an Oregon religious nonprofit corporation, established the American Buddha Online Library (ABOL) archive. ABOL seeks to make available selected artistic and literary works under a system of voluntary, free online lending, under the fair use exclusion from copyright liability accorded to libraries and archives pursuant to 17 U.S.C. Section 108. ABOL educates members as to the meaning of lawful fair use of copyrighted materials, and imposes contractual and technical limitations on access to the archive. Piratical use of ABOL content is strictly forbidden, as is the use of mass-downloaders, abusive software, or other predatory Net antics.

For years ABOL asked only that users send an email saying they wanted to join, but better security is now required, and so even you old "JOINers" must join up again. The membership process takes three steps. First, enter a user name and password. Second, read the ABOL Membership Agreement. Third, click "I AGREE" to get access to the content that originally brought you here, and the rest of the ABOL archives.

All of the categories below must be completed to process your application. You can use your full first name if you want, but first initial is sufficient. We may use country and postal code information to confirm that you are not using a proxy server to access the site.

| | |
|---:|---|
| **First name:** | |
| **Last name:** | |
| **Email address:** | |
| **Password:** | |
| **Enter your password again:** | |
| **Country:** | |
| **Postal / zip code:** | |

## ABOL LIBRARY USE AND ANTI-PIRACY AGREEMENT

The ABOL Online Library User and Anti-Piracy Agreement conditions access to the archives on compliance with fair use limitations and other reasonable conditions of use, and permits revocation of access for noncompliance.

### Notice to ABOL Users (37 C.F.R. 201.14)

The copyright law of the United States (title 17, United States Code) governs the making of photocopies or other reproductions of copyrighted material.

Under certain conditions specified in the law, libraries and archives are authorized to furnish a photocopy or other reproduction.

One of these specific conditions is that the photocopy or reproduction is not to be "used for any purpose other than private study, scholarship, or research." If a user makes a request for, or later uses, a photocopy or reproduction for purposes in excess of "fair use," that user may be liable for copyright infringement.

This institution reserves the right to refuse to accept a copying order if, in its judgment, fulfillment of the order would involve violation of copyright law.

### Online Library Use and Anti-Piracy Agreement

1. I have requested access to the ABOL archive, which I understand contains creative works that may be copyright-protected;

2. I have read the Notice required by 37 C.F.R. 201.14 above;

3. I agree to use the creative work in compliance with the following requirements:

a. I have provided true current information in the above form. I understand that all my information will be kept confidential and be used exclusively for official communications concerning ABOL membership, and that it will never be sold, leased or licensed to spammers, marketers, or anyone, under any circumstances.

b. I will use the creative work only for private study, scholarship, or research, and understand that I may be liable for copyright infringement if I exceed those uses.

c. I will not engage in any acts of intellectual property piracy with the creative work, and agree to hold ABOL and American Buddha harmless from all liability and costs of defense of any action resulting from a breach of this provision.

d. I will not attempt to download more than one media file at a time, nor will I access the archive or any material to which I gain access through ABOL using mass downloaders or other systems that utilize excess bandwidth or system resources, for any purpose.

e. I will not submit the creative work or related matter as evidence in any legal proceeding.

f. I consent to the jurisdiction of the U.S. District Court for the District of Oregon for the resolution of any disputes concerning my use of the creative work.

g. By clicking "I AGREE" below, I show my consent as I would by signing a paper contract, and waive any objection that this agreement is not in writing.

I AGREE, sign me up!

**I do not agree**

**Exhibit 2**

# Cowan, Liebowitz & Latman, P.C.

LAW OFFICES

1133 Avenue of the Americas   •   New York, NY 10036-6799

(212) 790-9200   •   www.cll.com   •   *Fax* (212) 575-0671

**Richard Dannay**
Direct  (212) 790-9256
rxd@cll.com

December 18, 2008

**By Email: chas@charlescarreon.com**

Charles Carreon, Esq.
Online Media Law, PLLC
Tucson, Arizona

Re:   American Buddha
The Ralph Nader Library

Dear Mr. Carreon:

I represent Penguin Group (USA) Inc., publisher under its imprint, Penguin Classics, of the new translation of *The Golden Ass* by Apuleius.

Your client, the online Ralph Nader Library, a project of American Buddha, has posted the entire text of this new translation online, without permission or license from Penguin, the copyright owner of the translation. While the underlying work is in the public domain, the translation is fully protected by copyright as a derivative work.

The reproduction and distribution online of the translation are violations of Penguin's copyright. The reproduction and distribution of an entire copyrighted work in these circumstances is not fair use under Section 107 of the Copyright Act. Nor is there any privilege or exemption available under Section 108 of the Copyright Act. Section 108 permits libraries and archives to reproduce and distribute copies under certain circumstances. However, Section 108 does not apply to virtual-only libraries and archives, those that do not conduct their operations through physical premises. The online Nader Library is thus not eligible to take advantage of the Section 108 exceptions. The Section 108 Study Group Report (March 2008), sponsored by the United States Copyright Office and the Library of Congress, made no recommendation that Section 108 be amended to cover virtual-only libraries and archives.

**Cowan, Liebowitz & Latman, P.C.**
Charles Carreon, Esq.
December 18, 2008
Page 2

On behalf of Penguin, I request that your client immediately remove the Penguin work from its online library and confirm that in writing. We look forward to your client's prompt cooperation so that any legal action may be avoided.

Sincerely yours,

Richard Dannay

cc:   Alexander Gigante, Esq.
      Vice President for Legal Affairs
       & Corporate Counsel
      Penguin Group

**Exhibit 3**



**ONLINE MEDIA LAW, PLLC**
Charles Carreon, Attorney at Law
2165 S. Avenida Planeta
Tucson, Arizona 85710
chas@charlescarreon.com
Telephone:    520-841-0835

December 18, 2008

Richard Dannay
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799

Re: *The Golden Ass*

Dear Mr. Dannay:

Responding to your letter of today's date received as PDF via email, according to the volume in question, the copyright on the 1998 translation of the ancient classic *The Golden Ass* of Apuleius, is held by the author, E.J. Kenney.  According to the U.S. Copyright Office, Mr. Kenney does not appear to have registered his copyright.  I have printed the relevant search page into the PDF that is sent herewith.  Accordingly, I would respectfully request that you clarify your standing as counsel pertinent to this title before we proceed to discuss it further.

Very truly yours,

Charles Carreon

CC:tlc



United States Copyright Office

Help   Search   History   Titles   Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = apuleius
Search Results: Displaying 1 through 7 of 7 entries.


previous   next

Set Search Limits

**Resort results by:**

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Apuleius | Amor and Psyche: the psychic development of the feminine: a commentary on the tale by Apuleius. By Erich Neumann, translator: Princeton University Press, employer for hire of Ralph Manheim. | RE0000202506 | 1956 |
| [ 2 ] | Apuleius | Apuleius : Metamorphoses : vol. 1-2 / edited and translated by J. Arthur Hanson. | TX0003432928 | 1990 |
| [ 3 ] | Apuleius | Apuleius: The Golden ass. By Robert Ranke Graves. | RE0000007741 | 1950 |
| [ 4 ] | Apuleius | Golden ass. By Apuleius, translated by William Adlington, edited, with an introd., by Crowell-Collier Publishing Company, employer for hire of Harry C. Schnur. | RE0000500998 | 1962 |
| [ 5 ] | Apuleius | I am an ass! / by Boris Imas. | PAu001140400 | 1988 |
| [ 6 ] | Apuleius, Lucius | Tale of Cupid and Psyche / Lucius Apuleius ; translated by Robert Graves ; illustrated by Roberta Arenson ; introd. by Marion Woodman. | TX0003549554 | 1993 |
| [ 7 ] | Apuleius, Lucius | Tale of Cupid and Psyche / Lucius Apuleius ; translated by Robert Graves ; illustrated by Roberta Arenson ; introd. by Marion Woodman. | TX0003926852 | 1993 |

Set Search Limits

**Resort results by:**

Clear Selected   Retain Selected

previous   next

| Save, Print and Email (Help Page) | |
|---|---|
| Records | Select Format: Full Record   Format for Print/Save |
| ○ All on Page | |
| ◉ Selected On Page | Enter your email address: _____   Email |
| ○ Selected all Pages | |

Search for: apuleius       Search by: Name (Crichton Michael; Walt Disney Company)       Item type: None

25 records per page                                              Submit   Reset

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page |
Library of Congress Home Page

**Exhibit 4**

# Cowan, Liebowitz & Latman, P.C.

LAW OFFICES

1133 Avenue of the Americas   •   New York, NY 10036-6799

(212) 790-9200   •   www.cll.com   •   *Fax* (212) 575-0671

**Richard Dannay**
Direct (212) 790-9256
rxd@cll.com

December 23, 2008

**By Email: chas@charlescarreon.com**

Charles Carreon, Esq.
Online Media Law, PLLC
2165 S. Avenida Planeta
Tucson, Arizona 85710

Re:   American Buddha
       The Ralph Nader Library

Dear Mr. Carreon:

This replies to your December 18 letter, which I received by ordinary mail today, responding to my letter of the same date sent by email.

I believe your letter confuses copyright registration and copyright ownership. My client, Penguin Group (USA) Inc., is the publisher of the E.J. Kenney translation of *The Golden Ass* by Apuleius. Penguin holds the exclusive publishing rights in the translation under contract with the translator. Penguin is, therefore, the copyright owner with respect to the rights exclusively licensed, 17 U.S.C. § 101 ("copyright owner" definition) and § 106, and has standing to sue for their infringement, 17 U.S.C. § 501(a), (b). Registration of copyright is not a condition of copyright protection, 17 U.S.C. § 408(a), and may be made at any time before suit is filed, 17 U.S.C. § 411(a).

In short, Penguin is the copyright owner of the rights your client, the online Ralph Nader Library (project of American Buddha), has infringed. Your client has reproduced and distributed the entire translation online, violating Penguin's exclusive rights of copyright. Reproduction and distribution of an entire copyrighted work is not fair use under Section 107 of the Copyright Act. And your client is not qualified for the Section 108 exception, which does not apply to virtual-only libraries and archives, i.e., those that do not conduct their operations through physical premises.

1081457v.1 22159/000

**Cowan, Liebowitz & Latman, P.C.**
Charles Carreon, Esq.
December 23, 2008
Page 2

As the Senate Report accompanying the DMCA states:

[T]he Committee wants to make clear that, just as when section 108 of the Copyright Act was first enacted, the term "libraries" and "archives" as used and described in this provision still refer to such institutions only in the conventional sense of entities that are established as, and conduct their operations through, physical premises in which collections of information may be used by researchers and other members of the public. Although online interactive digital networks have since given birth to online digital "libraries" and "archives" that exist only in the virtual (rather than physical) sense on websites, bulletin boards and homepages across the Internet, it is not the Committee's intent that section 108 as revised apply to such collections of information. The ease with which such sites are established online literally allows anyone to create his or her own digital "library" or "archives." The extension of the application of section 108 to all such sites would be tantamount to creating an exception to the exclusive rights of copyright holders that would permit any person who has an online website, bulletin board or a homepage to freely reproduce and distribute copyrighted works. Such an exemption would swallow the general rule and severely impair the copyright owners' right and ability to commercially exploit their copyrighted works. Consequently, the Committee intends that references to "the premises of the library or archives" in amended sections 108(b)(2) and (c)(2) mean only physical premises.

S. Rep. No. 105-190, at 62.

On behalf of Penguin, I again request that your client immediately remove the Penguin work from its online library and confirm that in writing to me. And we again request your client's prompt compliance so that legal action may be avoided.

Please send your response (or a copy) by email.

Sincerely yours,

Richard Dannay

cc:   Alexander Gigante, Esq.
      Vice President for Legal Affairs
       & Corporate Counsel
      Penguin Group

# Exhibit 5



**ONLINE MEDIA LAW, PLLC**
Charles Carreon, Attorney at Law
2165 S. Avenida Planeta
Tucson, Arizona 85710
chas@charlescarreon.com
Telephone:    520-841-0835

December 23, 2008

Richard Dannay
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799

Re: *The Golden Ass*

Dear Mr. Dannay:

It has always been American Buddha's policy to adhere to its own reasonably-interpreted understanding of the copyright laws.  While conceding nothing in your letter of today's date, either factually or legally, it refers to the DMCA, which establishes a point of potential agreement between us.  American Buddha always responds with alacrity to every properly-formed DMCA notice that it receives. Since your letter seems to assert the grounds that would entitle your client, if it were able to make the same statements under oath and with the other requirements set forth in 17 U.S.C. § 512(c)(3), to serve a DMCA notice on American Buddha's designated agent for service of DMCA notices, my client would invite that action.  As shown on the form filed with the U.S. Copyright office, a copy of which is enclosed herewith, American Buddha is an OSP, and its agent for service of DMCA notices is Mr. Jacob Hammond, whose email address is as shown on the form, enclosed herewith – jacobhammond@gmail.com.  (His street address has changed and needs to be amended, so please use email to send any DMCA notice.)  Upon receipt of the DMCA notice, which includes averment of authorization to act on behalf of the copyright-holder, American Buddha will respond to your demand with a prompt takedown.

Very truly yours,

Charles Carreon

CC:tlc

## Interim Designation of Agent to Receive Notification
## of Claimed Infringement

**Full Legal Name of Service Provider:** American Buddha, an Oregon nonprofit religious corporation

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** American-Buddha.com, American Buddha Online Library, ABOL

Address of Service Provider: 1131 Barrington Circle, Ashland, Oregon 97520

**Name of Agent Designated to Receive
Notification of Claimed Infringement:** Pine Creek Hosting, LLC

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
Pine Creek Hosting, LLC, Jacob Hammond, 4930 Lake Catherine Ct., Richmond, TX 77469

**Telephone Number of Designated Agent:** 713-898-7957

**Facsimile Number of Designated Agent:**

**Email Address of Designated Agent:** jacobhammond@gmail.com

Signature of Officer or Representative of the Designating Service Provider:
Date: December 26, 2006

Typed or Printed Name and Title: Tara Carreon, President, American Buddha

**SCANNED** 0 1   2 3 - 2 0 0 0

Note: This Interim Designation Must be Accompanied by a $80 Filing Fee
Made Payable to the Register of Copyrights.





COPYRIGHT OFFICE

**Exhibit 6**

# Cowan, Liebowitz & Latman, P.C.

LAW OFFICES

1133 Avenue of the Americas   •   New York, NY 10036-6799

(212) 790-9200   •   www.cll.com   •   *Fax* (212) 575-0671

**Richard Dannay**
Direct  (212) 790-9256
rxd@cll.com

January 5, 2009

**Via Email:  jacobhammond@gmail.com; chas@charlescarreon.com**

Jacob Hammond
Pine Creek Hosting, LLC

Re:    Notification of Copyright Infringement

Dear Mr. Hammond:

We are intellectual property counsel to Penguin Group (USA) Inc. ("Penguin"), copyright owner of the new translation by E. J. Kenney of *The Golden Ass* by Apuleius (the "Work"). It has come to our attention that the website located at www.naderlibrary.com (the "Website") has, without permission or license from Penguin, posted the entire text of the Work online. This letter is to serve as notification of this infringement pursuant to Section 512(c) of the Copyright Act, 17 U.S.C. § 512(c).

The WHOIS information for the Website indicates that the Administrative Contact for the site is Charles Carreon; and a notice on the Website itself directs that "DMCA Notices [be sent] to The Ralph Nader Library's Legal Representative" via a link to Mr. Carreon's email address, chas@charlescarreon.com. Mr. Carreon, however, has represented to us that the service provider for the Website is American Buddha, an Oregon nonprofit religious corporation, and that you are American Buddha's agent for service of DMCA notices. (You are in fact designated on the Copyright Office's Directory of Service Provider Agents as Agent for American-Buddha.com and for American Buddha Online Library; however, as far as we can determine no designation of an Agent for the Website has been effected in the Copyright Office.)

Accordingly, we provide the following information pursuant to 17 U.S.C. § 512(c)(3)(A):

1. The copyrighted work infringed is the translation by E. J. Kenney of *The Golden Ass* by Apuleius.

2. The infringing material is located at a series of URLs within the Website beginning www.naderlibrary.com/goldenass.***.

22159/031/1082482.1

**Cowan, Liebowitz & Latman, P.C.**
Jacob Hammond
January 5, 2009
Page 2

3.  You may contact Penguin Group (USA) Inc. through its undersigned counsel at Cowan, Liebowitz & Latman, P.C., 1133 Avenue of the Americas, New York, New York 10036, telephone (212) 790-9200, email rxd@cll.com.

4.  We believe in good faith that the use of the Work on the Website is not authorized by Penguin, its agent, or the law.

5.  The information in this notification is accurate; and, under penalty of perjury, we are authorized to act on behalf of Penguin, the owner of the exclusive rights in the Work infringed by the Website.

We therefore demand that you immediately remove the infringing material from the Website, and confirm such removal to the undersigned within five days of the date hereof. The foregoing is without prejudice to any of our client's rights, remedies and defenses, all of which are expressly reserved.

Sincerely,

Richard Dannay

cc:   Charles Carreon, Esq. (**chas@charlescarreon.com**)
      Online Media Law, PLLC
      2165 S. Avenida Planeta
      Tucson, Arizona 85710

      Alexander Gigante, Esq.
      Vice President for Legal Affairs
       & Corporate Counsel
      Penguin Group (USA) Inc.

22159/031/1082482.1

**Exhibit 7**



**ONLINE MEDIA LAW, PLLC**
Charles Carreon, Attorney at Law
2165 S. Avenida Planeta
Tucson, Arizona 85710
chas@charlescarreon.com
Telephone: 520-841-0835

January 13, 2009

Via email: JacobHammond@gmail.com
Jacob Hammond

Re:  <u>Counternotice to DMCA Notice of Penguin Books</u>

Dear Mr. Hammond:

Pursuant to 17 U.S.C. 512(g)(3), this is a counternotice in response the notice of Penguin Books alleging that American Buddha has infringed a copyright in The Golden Ass of Apuleius by means of producing a copy of the text of the book on webpages at NaderLibrary.com.

In compliance with subsection (A), this notice bears my electronic signature, acting as the attorney for American Buddha, the subscriber.  In compliance with subsection (B), the material that has been removed was located at http://www.naderlibrary.com/goldenass.****.
In compliance with subsection (C), I hereby state under penalty of perjury under the laws of the United States that the subscriber has a good faith belief that the material was removed due mistaken misapplication of the applicable law of copyright, including without limitation: Penguin Books' refusal to accord the American Buddha Online Library the exemption from liability granted by 17 U.S.C. § 108 and the First Amendment, notwithstanding the subscriber's compliance with 37 C.F.R. 201.14; the Constitutional right of fair use under 17 U.S.C. § 107; the first-sale doctrine; and, because of mistakes of fact.  No defenses are waived by the foregoing enumeration which does not purport to be exclusive.   In compliance with subsection (D), the subscriber's name, address, and telephone number are as follows:

American Buddha, an Oregon nonprofit corporation
2165 S. Avenida Planeta,
Tucson, Arizona 85710
Tel: 520-822-8277

In further compliance with subsection (D), subscriber consents to the jurisdiction of Federal District Court located at 405 W. Congress Street, Suite 1500 Tucson, AZ 85701-5010.

Very truly yours,

*s/Charles Carreon*

Charles Carreon
cc: American Buddha

**Exhibit 8**

Site Map     Library Copyright Notice     Bulletin Board     Site Search

# THE RALPH NADER LIBRARY

## *Online Library Access For All*

### *Green and Mean*

Save gas, save paper, save time, save the planet! Surf our digital archives online. How does it work, consistent with copyright law? Quite simply, when you visit NaderLibrary.com you are visiting a library, and the same rules apply. Please read the Library Copyright Notice and obey the rules.

## *Topical Research: Go NUTCH!*

Working on a term paper? Researching an obscure topic? Looking for works by a particular author? Word search our archives with the Nutch Open Source Search Engine, the same search engine used by the University of Oregon and Creative Commons to power their searches.

## Books

- 9/11 Synthetic Terrorism Made in USA, by Webster Griffin Tarpley
- A Room of One's Own, by Virginia Woolf
- A Scanner Darkly, by Philip K. Dick
- A Voyage to Arcturus, by David Lindsay
- Acid Dreams, The Complete Social History of LSD: The CIA, The Sixties, And Beyond, by Martin A. Lee & Bruce Shlain
- America Betrayed: Bush, bin Laden, 9-11, by Rhawn Joseph, Ph.D.
- America's Secret Establishment -- An Introduction to the Order of Skull and Bones, by Antony C. Sutton
- And a Voice to Sing With -- A Memoir, by Joan Baez
- Black Easter, by James Blish
- Boyhood With Gurdjieff, by Fritz Peters
- Clans of the Alphane Moon, by Philip K. Dick
- Discourse on Method and Meditations

### We Are The Library Next Door

Online Library Access for All

Tucson Area Library Access for Members









## *Hardwired Events*

### *Local and Vocal*

Nader Library Members are invited to attend regularly-scheduled events at the Nader Library facility in Southeast Tucson, Arizona.

**Signup To Join Nader Library and Receive Notice of Hardwired Events -- Nader Library Respects Your Privacy**

Email: [                    ]  [Subscribe]

**After You Subscribe, Check Your Email**

## Illustrated Screenplay & Screencap Galleries

- 7 Faces of Dr. Lao, directed by George Pal, starring Arthur O'Connell, Barbara Eden, John Ericson
- A Day Without a Mexican, directed by Sergio Arau
- A Proposito de Bunuel (Regarding Bunuel), by consejeria del Gobierno de Aragon
- An unReasonable Man, directed by Henriette Mantel, starring Ralph Nader
- Batman Begins, directed by Christopher Nolan, starring Christian Bale, Michael Cane, Liam Neeson, Katie Holmes, Gary Oldman
- Blade Runner, directed by Ridley Scott, starring Harrison Ford, Rutger Hauer, Sean Young, Edward James Olmos, Daryl Hannah
- Brother Sun, Sister Moon, directed by Franco Zeffirelli, starring Graham Faulkner, Judi Bowker, music by Donovan
- City of Women, directed by Federico Fellini, starring Marcello Mastroianni
- Confessions of a Dangerous Mind, directed by George Clooney

on First Philosophy, by Rene Descartes
- Do Androids Dream of Electric Sheep, by Philip K. Dick
- Facts and Fascism, by George Seldes
- Fahrenheit 451, by Ray Bradbury
- Fear and Loathing in Las Vegas -- A Savage Journey to the Heart of the American Dream, by Hunter S. Thompson
- Flow My Tears, the Policeman Said, by Philip K. Dick
- George Bush: The Unauthorized Biography, by Webster G. Tarpley & Anton Chaitkin
- Heaven's Harlots: My Fifteen Years as a Sacred Prostitute in the Children of God Cult, by Miriam Williams
- Hell's Angels -- The Strange and Terrible Saga of the Outlaw Motorcycle Gangs, by Hunter S. Thompson
- Hiroshima, by John Hersey
- Hitler's Secret Backers, by Sidney Warburg
- House of Bush, House of Saud, by Craig Unger
- It Can't Happen Here, by Sinclair Lewis
- Journey to the East, by Hermann Hesse
- Lies, Inc., by Philip K. Dick
- Lost Horizon, by James Hilton
- Meditations, by Marcus Aurelius
- Mein Kampf, by Adolf Hitler
- Moby Dick, by Herman Melville
- Molehunt -- The Secret Search for Traitors That Shattered the CIA, by David Wise
- Obama, The Postmodern Coup -- Making of a Manchurian Candidate, by Webster Griffin Tarpley
- Oil, by Upton Sinclair
- On Liberty, by John Stuart Mill
- On the Nature of the Universe, by Lucretius
- On the Soul, by Aristotle
- Orders to Kill -- The Truth Behind the Murder of Martin Luther King, by Dr. William F. Pepper
- Palestine -- Peace Not Apartheid, by Jimmy Carter
- Pentagate, by Thierry Meyssan
- Phenomenal Woman -- Four Poems Celebrating Woman, by Maya Angelou
- Philip Dru: Administrator, by Edward Mandell House
- Satyricon, by Petronius
- Soldier of Fortune -- Adventuring in Latin America and Mexico with Emil Lewis Holmdahl, by Douglas V. Meed











- Cry-Baby, directed by John Waters
- Donkey Skin, directed by Jacques Demy, starring Catherine Deneuve, Delphine Seyrig, Jean Marais
- Dr. Strangelove Or: How I Learned to Stop Worrying and Love the Bomb, directed by Stanley Kubrick
- Equilibrium, directed by Kurt Wimmer
- Fahrenheit 451, directed by Francois Truffaut
- Fahrenheit 9/11, directed by Michael Moore
- Federico Fellini Table of Contents
- Juliet of the Spirits, directed by Federico Fellini, starring Giulietta Masina, Sandra Milo, Mario Pisu, Valentina Cortese
- Killer Klowns From Outer Space, directed by Stephen Chiodo
- King of Hearts, directed by Philippe de Broca
- Loose Change, 2nd Edition Recut, directed by Dylan Avery
- McLibel, directed by Franny Armstrong, starring Helen Steel and David Morris
- Naqoyqatsi, directed by Godfrey Reggio, Music by Philip Glass
- Painful Deceptions -- An Analysis of the September 11th Attack, directed by Eric Hufschmid
- Quest for the Most Authentic Part of Oneself -- Autobiography of Federico Fellini, edited from "I'm a Big Liar," directed by Damian Pettigrew (The Demon's Pettiness Grew)
- Revelations of a Mother Goddess, presented by David Icke
- Satyricon, directed by Federico Fellini
- Sicko, directed by Michael Moore
- Sir! No Sir!, directed by David Zeiger, starring Jane Fonda
- Steppenwolf, directed by Fred Haines, featuring Max Von Sydow, Dominique Sanda, and Pierre Clementi
- Taxi to the Dark Side, directed by Alex Gibney
- Team America, directed by Trey Parker, puppets by Charles, Edward and Stephen Chiodo
- Temptations of Dr. Antonio (Le Tentazioni Del Dottor Antonio), directed by Federico Fellini
- The Age of Gold (L'Age d'Or), directed by Luis Bunuel
- The American Astronaut, directed by Cory McAbee
- The City of Lost Children, directed by Marc Caro and Jean-Pierre Jeunet
- The Emperor's New Clothes, written and

- Steppenwolf, by Hermann Hesse
- The Book of Honor -- The Secret Lives and Deaths of CIA Operatives, by Ted Gup
- The Book of the Dead and Elysian Fields, by A. Gaddis & G. Seif. Luxor.
- The CIA's Secret War in Tibet, by Kenneth Conboy and James Morrison
- The Invisible Government, by David Wise and Thomas B. Ross
- The Age of Reason, by Thomas Paine
- The Covert War Against Rock, by Alex Constantine
- The Dialogue in Hell Between Machiavelli and Montesquieu, by Maurice Joly, commentary by John S. Waggoner
- The Divine Invasion, by Philip K. Dick
- The Egyptian Book of the Dead, translated by E.A. Wallis Budge and Allen and Faulkner
- The Firmament of Time, by Loren Eiseley
- The Franklin Cover-Up -- Child Abuse, Satanism, and Murder in Nebraska, by John W. DeCamp
- The Golden Ass, or Metamorphoses, by Apuleius, translated by E. J. Kenney
- The Heart of a Woman, by Maya Angelou
- The Illuminatus! Trilogy, by Robert Shea and Robert Anton Wilson
- The Immense Journey, by Loren Eiseley
- The International Jew, by Henry Ford
- The Last Circle, by Carol Marshall
- The Malleus Maleficarum of Heinrich Kramer and James Sprenger
- The Millennium -- A Comedy of the Year 2000, by Upton Sinclair
- The Myth of Shangri-La: Tibet, Travel Writing and the Western Creation of Sacred Landscape, by Peter Bishop
- The Phoenix Program, by Douglas Valentine
- The Preserving Machine, by Philip K. Dick
- The Prosecution of George W. Bush for Murder, by Vincent Bugliosi
- The Protocols of the Learned Elders of Zion, by Sergyei A. Nilus
- The Republic, by Plato
- The Rights of Man, by Thomas Paine
- The Rover Boys at School, by Arthur M. Winfield (Edward Stratemeyer)
- The Shadow of the Dalai Lama: Sexuality, Magic and Politics in Tibetan Buddhism, by Victor and Victoria





PEACE NOT APARTHEID
JIMMY CARTER







- directed by Alan Taylor, starring Ian Holm, Iben Hjejle, Tim McInnerny, Tom Watson, Nigel Terry
- The Hitchhiker's Guide to the Galaxy, directed by Douglas Adams
- The Milky Way, directed by Luis Bunuel
- The Shape of Things, Directed by Neil Goodwin in collaboration with John Borden, produced for NOVA
- The Terminator, directed by James Cameron, starring Arnold Schwarzenegger, Michael Biehn, Linda Hamilton, Paul Winfield
- Triumph of the Will, directed by Leni Riefenstahl
- Wal*Mart, The High Cost of Low Price, directed by Robert Greenwald
- Winter Soldier, Winterfilm, Inc.

## Articles and Essays

- False Testament: Archaeology Refutes the Bible's Claim to History, by Daniel Lazare
- King Kill 33, by James Shelby Downard & Michael A. Hoffman II
- Nihilism, by Alan Pratt, Ph.D.
- Project Democracy's Program -- The Fascist Corporate State, by Webster Griffin Tarpley
- The Battle for Your Mind, by Dick Sutphen
- The Clash of Civilizations, by Samuel P. Huntington
- The Council for National Policy, by Barbara Aho
- The Last Confessions of E. Howard Hunt, by Erik Hedegaard
- The Original October Surprise, adapted from Robert Parry's Secrecy & Privilege: Rise of the Bush Dynasty from Watergate to Iraq, by consortiumnews.com
- The OTO and the CIA, by Alex Constantine
- The Royal We, by Steve Olson
- Who is Wagging Your Neighbor's Tongue? -- The Militias and Pentecostalism, by Anton Chaitkin

## Investigations and Reports

- 9/11: Blueprint for Truth: The Architecture of Destruction, The Forensic Sicence-Based Facts of 9/11, by Architects & Engineers for 9/11 Truth
- Broken Laws, Broken Lives -- Medical Evidence of Torture by U.S. Personnel and Its Impact, A Report by Physicians for Human Rights

Trimondi
- The Stars My Destination, by Alfred Bester
- The Trial of Henry Kissinger, by Christopher Hitchens
- The Ultimate Hitchhiker's Guide to the Galaxy (Five Novels), by Douglas Adams
- The Unfettered Mind -- Writings of the Zen Master to the Sword Master, by Takuan Soho
- Thus Spake Zarathustra, by Friedrich Nietzsche
- Trading With the Enemy, by Charles Higham
- Trail of the Octopus: From Beirut to Lockerbie -- Inside the DIA, by Donald Goddard with Lester K. Coleman
- Valis, by Philip K. Dick
- Vulcan's Hammer, by Philip K. Dick
- Wall Street and the Bolshevik Revolution, by Antony C. Sutton
- Wall Street and the Rise of Hitler, by Antony C. Sutton
- Welcome to Terrorland -- Mohamed Atta & the 9-11 Cover-Up in Florida, by Daniel Hopsicker
- Will They Ever Trust Us Again? -- Letters From the War Zone, by Michael Moore

## Graphic Novels and Illustrated Exposes

- Addicted to War -- Why the U.S. Can't Kick Militarism, by Joel Andreas
- Batman: Seduction of the Gun, by John Ostrander and Vince Giarrano
- I Could Tell You But Then You Would Have to Be Destroyed By Me -- Emblems From the Pentagon's Black World, by Trevor Paglin

## Declassified Documents (Not Secret Anymore)

- Declaration of Howard Teicher
- Justification for U.S. Military Intervention in Cuba (Operation Northwoods), by L.L. Lemnitzer
- The Torture Papers: The Road to Abu Ghraib
- U.S. Documents Show Embrace of Saddam Hussein in Early 1980s Despite








- Central Intelligence Agency Inspector General Report of Investigation -- Allegations of Connections Between CIA and the Contras in Cocaine Trafficking to the United States, Vol. I
- Central Intelligence Agency Inspector General Report of Investigation -- Allegations of Connections Between CIA and the Contras in Cocaine Trafficking to the United States, Vol. II
- Church Committee Reports
- Foreign Relations of the United States, 1961-1963, by The Department of State
- From Dictatorship to Democracy -- A Conceptual Framework for Liberation, by Gene Sharp
- Inspector General's Survey of the Cuban Operation, by Lyman B. Kirkpatrick
- Rebuilding America's Defenses, by The Project for the New American Century
- Report of the Grand Jury Into Sexual Abuse of Minors by Clergy in the Philadelphia Archdiocese, by Hon. Lynne Abraham, District Attorney
- Russian Report on 1980 "October Surprise Case"
- Senate Armed Services Committee Inquiry Into the Treatment of Detainees in U.S. Custody -- Executive Summary
- State Secrecy and Child Deaths in the United States, by The Children's Advocacy Institute and First Star
- The BCCI Affair, by Sen. John Kerry and Sen. Hank Brown
- The Iraq Study Group Report, by James A. Baker, III, and Lee H. Hamilton
- The Stanford Prison Experiment, by Philip Zimbardo
- Winter Soldier Investigation, sponsored by Vietnam Veterans Against the War, Inc.

## Art

- Blake's Poetry and Designs
- Dali, by Ignacio Gomez de Liano
- Diego Rivera Art Gallery
- Diego Rivera -- My Art, My Life: An Autobiography (With Gladys March)
- Frida Kahlo Art Gallery
- Frida Kahlo, the Brush of Anguish, by Martha Zamora
- Frida's Fiestas -- Recipes and Reminiscences of Life with Frida Kahlo, by Guadalupe Rivera and Marie-Pierre Colle
- George Platt Lynes Photographs, 1931-

Chemical Weapons, External Aggression, Human Rights Abuses, by The National Security Archive

## Short Stories

- **The Machine Stops, by E.M. Forster**

## Announcements

- August 2, 2008 Offline Event for The Ralph Nader Library at 2165 S. Avenida Planeta, Tucson, Arizona
- September 13, 2008 Offline Event for The Ralph Nader Library at 2165 S. Avenida Planeta, Tucson, Arizona
- November 22, 2008 Offline Event for The Ralph Nader Library at 2165 S. Avenida Planeta, Tucson, Arizona



*"We have a government of the Exxons, by the General Motors, for the Duponts" -- Ralph Nader*

One man tells it like it is -- the world's most powerful corporate families have the rest of the world in a death grip. Our wealth, our health, the health of the planet and the life of future generations are all falling prey to their insatiable greed. One man tells it like it is -- the two parties of the old political system have been so twisted by corporate corruption that they are incapable of advancing initiatives that benefit flesh-and-blood people. Our elections are a mockery of honest balloting, as herds of voters, driven in circles of confusion by incessant polling reports on hot-button issues, descend on paperless polling stations or are supplied with ambiguous ballots, so that their votes can be interpreted in whatever way the software-hacker chooses. The Democrats now treat all liberals like they have traditionally treated











1955, by Jack Woody
- Max Ernst, a film by Peter Schamoni
- Naked World, directed by Arlen Donnelly Nelson, starring Spencer Tunick
- Robert Mapplethorpe, by Richard Marshall, with essays by Richard Howard and Ingrid Sischy
- The Customized Body, by Housk Randall and Ted Polhemus
- The Diary of Frida Kahlo, An Intimate Self-Portrait, by Frida Kahlo
- The Rudi Gernreich Book, by Peggy Moffitt



*"What rough beast, its hour come round at last, Slouches towards Bethlehem to be born?," by Tara Carreon*

## Plays

- Faust, by Johann Wolfgang Von Goethe

**From "Independent Politics," by Howard Hawkins: Could Nader Win?**

Furthermore, Nader's impact could be far greater than that of a potential spoiler for Kerry.  The 2000 National Election Survey data show that only 9 percent of voters who preferred Nader actually voted for him.  Fifty percent of Nader supporters didn't vote at all.  Twenty-six percent of Nader supporters voted for Gore as the lesser evil to Bush.  And 19 percent of Nader supporters voted for Bush as the lesser evil to Gore.

If all the voters who preferred Nader had voted for him in 2000, he would have won the election, receiving 54 million votes to Bush's 43 million and Gore's 38 million (if we add the Nader supporters who voted for their lesser evil to Nader's total and subtract them from Bush and Gore's totals).  (These numbers are derived from Harvard political scientist Barry Burden's 2001

African American voters -- taking them for granted because they have no better choice. And only one man has had the courage to stand up to this two-headed monster, this thief of the rights of the people. You guessed it. Ralph Nader.

Ralph Nader Table of Contents

Legal Representation for American Buddha provided by Online Media Law, PLLC

American Buddha Online Library

Raging Blog

The Sex Dot Com Chronicles



study of the National Election Survey data:

"Minor Parties in the 2000 Presidential Election")

**Exhibit 9**



## Navigation

**Bad Craziness -- A Hunter S. Thompson Concept**

Bad Crazy quotes

Celebrities



## Links

ethicslawyers.com

The Hour of Dave Podcast

The Ashland Free Press

Charles' Primer of Online Media Law

Incorporation Services

Asset Protection

Register Domains

Register Trademarks

Search Trademarks

Identity Theft

TonerWitch.com- discount printer refills

joeyramone.org

DUI Defense

Municipal Law

FRCP23.com

Online Gaming Law

California Consumer Law

Intellectual Property

Patent Lawyers

Confidentiality Agreements

Contract Forms

Business Lawyers

New Crime

Privacy Blog

Legal Website for Sale

File Sharing Lawyer

Find a Lawyer

Rest In Peace Bush Gang

Ashland Free Press TV

**Find An Attorney Free**
Injury, Criminal, Malpractice, SSD, Bankruptcy, Divorce, Work Comp

**Immigration Lawyer Miami**
Find Immigration Lawyer Miami At The Top Immigration Website!

Ads by Google

### The Mariel Boat-Lift

The Mariel Boat-lift was perhaps Fidel Castro's cleverest exploit in the service of the revolution. Taking Uncle Sam up on his offer to allow some Cubans to leave for Miami, he simultaneously emptied the Mariel mental asylum for the criminally insane of its burgeoning masses. leaving it to our generous nation to attend to their welfare. Hunter Thompson recorded the stateside consequences of Fidel's strategic end-run of our immigration policy in a paragraph that showcases Hunter's fanatical dedication to the economical use of periods, which after all, only stop the action:



#### HST wrote:

*The raw elements of the story are (in no special order): sex, violence, greed, treachery, big money, fast boats, blue water, Cuba, CIA politics, Fidel Castro's sense of humor, one murder, several rapes, heavy gambling, massive drug smuggling, naked women, mean dogs, total breakdown of law and order, huge public cash transactions, the Iran Hostage Crisis, overloaded boats catching fire and sinking at night in the Gulf Stream, the nervous breakdown of a U.S. Coast Guard commander, fast cars running roadblocks on Highway AIA, savage brawls in Key West bars, Boog Powell, sunken treasure, wild runs on the ocean at night, personality disintegration, desperate wagering on NBA playoff (TV) games and I980 presidential primaries, a grim and violent look at American politics in the eighties, dangerously tangled love affairs, warm nights and full moons, one hurricane, stolen credit cards, false passports, deep-cover CIA agents, the U.S. Marines, a jailbreak in Key West at the peak of the refugee invasion, political corruption in South Florida, the emergence of Miami as the Hong Kong of the Western World, Colombian coke dealers, crooked shrimp-fishermen, scuba diving with shotguns (powerheads, mounted on spears) ... and all the other aspects of high crime, bad craziness, and human degradation that emerged from that strange and shameful episode in our*

## Bad Craziness -- A Hunter S. Thompson Concept

### The Mariel Boat-Lift

Hunter S. Thompson's Work-In-Process: "The Silk Road"

Shotgun Golf With Bill Murray

Hey Rube, I Love You



A WHITE-HAT

LAWYER'S

JOURNEY

TO THE

DARK SIDE

OF THE INTERNET

*history.*

---

### The Mariel Boat-Lift

by Hunter S. Thompson
from Songs of the Doomed, Copyright 1990 by Hunter S. Thompson

"The Silk Road" is a story about people who got caught in the fast and violent undercurrents and, finally, the core of the action of the great Cuba-to-Key West Freedom Flotilla in the spring of I980-a bizarre and massively illegal "sea lift" which involved literally thousands of small private boats that brought more than 100,000 very volatile Cuban refugees to this country in less than three months and drastically altered the social, political, and economic realities of South Florida for the rest of this century.

By I980, the billion-dollar drug-smuggling industry and influx of Latin-American millionaire refugees had turned Miami into the Hong Kong of the Western World and the cash capital of the United States. It was also the nation's murder capital, with a boomtown economy based on the smuggling of everything from drugs and gold bullion to guns and human beings. What Havana was to the I950s, Marseilles to the '60s, and Bangkok to the '70s, Miami is to the '80s .....

The Freedom Flotilla began on April Fools Day. In less than two weeks the Coast Guard had abandoned all hope of stopping the boat traffic; the port of Key West was overwhelmed, and any boat longer than fifteen feet was for sale or rent. Cubans from Miami roamed the bars and local docks with fistfuls of hundred dollar bills, and drug smugglers had already begun to take advantage of the general confusion and the helplessness of the Coast Guard. Not even the White House or the U.S. Marines could stop the tidal wave of Cubans pouring into South Florida.

To accelerate the exodus of refugees already granted 'asylum at the Peruvian embassy in Havana, Castro put out the word: Miami's Cubans could take out one relative for every four refugees taken from Cuba to America. The reaction of the Miami Cuban community was near hysteria. The ISO-mile length of Highway A1A from Key West to Miami-became strangled by a huge caravan of destitute refugees in busloads with blacked-out windows, headed north; and the south-bound lane was jammed with Cuban Americans towing a strange armada of fiberglass speedboats, cabin cruisers, and ungainly fishing boats .... All this in a constant frenzy of traffic through police and military roadblocks all along the way.

As the traffic jam got Worse, pockets of stranded people began to build up in places along the way. There was simply no way to move on the highway without risk or delay.

People who lived in the Keys were afraid to go anywhere at all: you could go out for a drink on Wednesday night and not get back home until Friday. What was "easy money" in April became a shit rain by May ... but by that time the thing was out of control; and the going price for refugees was *still* $1,000 a head.

The locals began turning on each, other, and growing resentment over the Cuban refugee invasion was compounded by constant TV

news bulletins about the national humiliation of the Iran Hostage Crisis. People began carrying guns and hunkering down wherever they could be sure of getting a drink.

One of these pockets of doom along Highway A1A was an isolated fishing resort called Spanish Key Lodge, about twenty miles up the island chain from Key West-a sprawling, run-down motel and marina with its own airstrip and a twenty-four-hour liquor license, owned by a former prosecutor from Philadelphia named Frank Mont, who came to the Keys to get rich.

The chaos of the Cuban refugee invasion and the resulting nightmare at Spanish Key is the baseline of the narrative: a once-lazy backwater fishing resort is transmogrified, overnight, into a seething fortress 'of thieves, smugglers, and criminally insane Cuban refugees, who soon take it over completely, by force of sheer numbers.

CLICK HERE to read the rest of The Mariel Boat-Lift in the ABOL library!

---

### Charles Carreon Is A Hunter S. Thompson Fan

Bad Crazy is a Charles Carreon website. Copyright 2007.

---

### The American Buddha Online Library

Everybody talks about free online content, but only ABOL, the American Buddha Online Library, has found the right way to deliver it — the old fashioned way — through a library format. Tear aside the veil that separates you from cultural exploration, study, and enjoyment, and dip into a rich melange of cinema, art, literature, philosophy and social criticism. Click the banner below to join ABOL. It's free.



---

### Best Wishes, Fidel

My father was a great fan of Fidel, who cleaned up the noxious gangland of Havana, and turned it back into what the Spanish called it, the "Pearl of the Antilles." The embargo has been a blessing that has allowed Cuba to develop the future's most valuable resource, an undamaged ecosystem.