Charles Carreon (Cal. Bar # 127139)
ONLINE MEDIA LAW, PLLC
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 503-296-5317
Email: chas@charlescarreon.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PENGUIN GROUP (USA) INC.,

       Plaintiff,

   -against-

AMERICAN BUDDHA,

       Defendant.

_____

Case No. 09 CIV 00528 GEL

**SUPPLEMENTAL DECLARATION OF CHARLES CARREON IN SUPPORT OF REPLY BRIEF IN SUPPORT OF AMERICAN BUDDHA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

## <u>DECLARATION OF CHARLES CARREON</u>

Charles Carreon hereby declares:

1. I am an attorney licensed to practice before all courts in the State of California and Oregon, and state the matters herein of personal knowledge.  If called as a witness, I could and would so competently testify.

2. This declaration is submitted in response to the Declaration of Thomas Kjellberg (the "Kjellberg Declaration") submitted in opposition to the pending motion of defendant to dismiss for lack of personal jurisdiction.  Accordingly, it necessarily spans a wide range of topics and takes in matters that would seem extraneous but for the fact that plaintiff's response seeks to put additional matters, beyond the scope of the pleadings, in issue.

3. I have read ¶¶ 14 – 21 and ¶ 25 of the Kjellberg Declaration.  In ¶¶ 14 – 21 Mr. Kjellberg lists the following essays that I wrote:
   *What Is Buddhism?*
   *Born In Tibet, Again: The Exile of the 12th Trungpa Tulku*

*The Revolution Will Not Be Capitalized: Che Guevara*
*A Legend In His Own Mind – Michael Ruppert Soldiers On*
*Jack Abramoff's House of Cards*
*No Good Deed Will Go Unpunished – The Mike Bianca Story*
*Lucretius, Sage of the First Millennium*
*The Terrorist Who Loved Me – The Betrayal of Pete Seda*

All of these essays are herein jointly referred to as "the essays."  Mr. Kjellberg states  under oath:

> "None of [the essays] ... is reproduced and distributed free on the NaderLibrary.com or American-Buddha.com website."

***This is a false statement that Mr. Kjellberg has no excuse for making.***

4.  ***First, all of the essays are offered for free reading on American-Buddha.com*** on a webpage entitled "Charles Carreon, The Arizona Kid" located at http://www.american-buddha.com/arizonakid.toc.htm#loggedin and attached hereto as Exhibit 1.  ***Second, all but two of the essays are available on NaderLibrary.com*** on page bearing the same title located at http://www.naderlibrary.com/arizonakid.toc.htm and attached hereto as Exhibit 2.  ***Third, it is very easy to find all of my writings*** on both American-Buddha.com and NaderLibrary.com, just by typing my name into the "Nutch Search Engine" that is provided on the websites, and which is prominently announced on the home page of NaderLibrary.com in this fashion:

> ***Topical Research: Go NUTCH!***
> Working on a term paper? Researching an obscure topic? ==Looking for works by a particular author?== Word search our archives with the Nutch Open Source Search Engine, the same search engine used by the University of Oregon and Creative Commons to power their searches. (Exhibit 3, yellow highlighting added.)

***Fourth, a Nutch search can focus on both a title and the author in a single search,*** so that, for example, a search for "charles + carreon + che + guevara" produces as the first hit, "*The Revolution Will Not Be Capitalized: Che Guevara by Charles Carreon at Amer-*

*ican Buddha* ...” as shown in Exhibit 4.  Aside from wishing to misrepresent the record, Mr. Kjellberg simply has no excuse for misinforming the Court in this fashion.

5.   My company, Online Media Law, PLLC, has an account with the Amazon Kindle Wireless Publishing platform.  I have published some of the essays under the description “American Buddha biographies” because they first appeared on the American-Buddha.com website; however, American Buddha does not do the publishing or receive the revenue, that goes straight in the Online Media Law, PLLC bank account, and from February – December 2008 revenue totalled less that forty dollars.  I am the only person who ever logs into the Amazon Kindle; only I know the password, and it is my personal business project.  While I am pleased that “What Is Buddhism?” has attained “bestseller” status on Kindle, the description is a bit hyperbolic – I have sold less than fifty copies of this work at the modest price of $1.59 per copy, of which 35% is ultimately paid to Online Media Law, PLLC.

6.   Neither www.American-Buddha.com, nor www.SixthOrder.com has ever been directed to or targeted at the residents of the State of New York.

7.   SixthOrder.com is not a library website at all, but rather part of American Buddha's religious mission that is avowedly non-violent.  The website name refers to the Sixth Commandment -- “Thou shalt not kill,” and was named “Sixth Order” as an homage to the historically significant Third Order of St. Francis of Assisi, that allowed laypersons to take vows to refrain from “bearing arms,” thus putting them on an equal footing with monks and nuns, and ended the practice of compulsory military conscription in European Christendom, putting an end to centuries of feudal warfare.

8.   American Buddha has no commercial activities, and there are no links from any of its websites, NaderLibrary.com, American-Buddha.com, or SixthOrder.com, from which it is possible to make a purchase of any product.

9.   BadCrazy.com is my personal literary homage to Hunter S. Thompson, the “gonzo journalist” who coined the term “bad craziness.”  The site does give a link to American-Buddha.com, but does not get one in return.  It is in fact a good example of a website that is

totally disconnected from both my legal work and my "spiritual" writing.  It is purely literary and has a banner ad that links to http://www.sex.comchronicles.com, discussed further below.  It also has Google "AdSense" advertising that produces revenue so miniscule that I have not received a check from Google in over a year, and any checks I have gotten are made out to Online Media Law, PLLC.  I pursue such Net-business opportunities in order to learn what my clients, real web-entrepreneurs, are dealing with in the market, and in this endeavor, for example, have discovered that Google advertising is a poor source of revenue for the average website operator.  I cannot fathom how Penguin connects BadCrazy.com to NaderLibrary.com, much less the jurisdictional facts at issue in the pending motion.

10.  I am the author of *The Sex.Com Chronicles – A White-Hat Lawyer's Journey to the Dark Side of the Internet*, that tells the story of my experiences as the successful trial lawyer in the lower court proceedings that gave rise to *Kremen v. Cohen,* 337 F.3d 1024 (2003), where in a case of first impression, the Ninth Circuit held Internet domains to be personal property in the State of California.  The entire text, that has no salacious content, is expressly dedicated to the enhancement of the strategy and skills of members of the legal profession, and can be read gratis at http://sex.comchronicles.com/chapters.  To read the chapters, one must sign up with an email address, and one is then permitted to read three chapters per day.

11.  I am a domain name recovery lawyer, and hold the registration to 137 domain names, some of which I hold in trust for clients.  The domain names NaderLibrary.com and American-Buddha.com are held in trust for American Buddha.  Many other domain names are held for the benefit of American Buddha, including for example, American-Budda.com, American-Buddha.net, ChildofFortune.com, ChildofFortune.net, CircleIChing.com, DonJuanMatus.com, FridaDiego.com, HermanHesse.net, MaitreyaSchool.com, MaryShelley.net, SixthOrder.com, SriRamana.net, SymbolJunkies.com, RadioFree-Tantra.com, TantraBaby.com, TimothyLeary.net, and William-Blake.com.  Several of these domains, like HermanHesse.net, SriRamana.net, and TimothyLeary.net, are set up

to "redirect" directly to pages on the American-Buddha.com website that are associated with webpages dedicated to these people, who are important to the history of human ideas.  In other words, if the Court types one of those domains into a web-browser, the next page viewed will be a specific page at American-Buddha.com that is dedicated to the person whose name is incorporated into the domain name.  From a legal viewpoint, I keep these domains in my name to keep people from stealing them, because some of these domains have substantial monetary value, and the first step in stealing a domain is to figure out who you are stealing them from.  While I do not wish to congratulate myself in this court filing, the truth is, my reputation as a domain recovery lawyer, based on my work in the *Kremen v. Cohen* case cited *supra*, is sufficient to deter most domain thieves, and can save a great deal of work downstream.  Additionally, because domain renewals come up yearly, and must be attended to properly at the risk of losing the domain, I have listed myself as the registrant of all these various domains because due to the number of domains I have registered, Godaddy.com provides me with an account representative who will communicate with me personally about any matters pertaining to the domains in my portfolio, providing an extra measure of security against loss.

12. I am not an officer of American Buddha, and initially took an officer's role as incorpora-tor for the sake of convenience to aid in formation, and have not been an officer or direc-tor of the company since on or about January 22, 2002, as reflected in Exhibit 5, which are true and correct copies of the corporate records of the company.  Pursuant to Oregon statute, a religious non-profit corporation may be comprised of a single director who may also serve as an all-purpose officer.  The sole officer of American Buddha is Tara Carreon, as may be seen from page 7 of Exhibit 10 to the Kjellberg Declaration.

I declare and affirm, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct under the law of the United States of America, and that this declaration was signed on March 27, 2009 at Tucson, Arizona.

s/CharlesCarreon
Charles Carreon, Declarant

# Exhibit 1

Log out.

[Home] [Home B] [Evolve] [Viva!] [Site Map] [Site Map A] [Site Map B] [Bulletin Board] [SPA]
[Child of Fortune] [Search] [ABOL Bucks]

# CHARLES CARREON, THE ARIZONA KID

  



Rage On With Charles at Raging Blog
American Fight Songs, by Charles Carreon
Poetry, by Charles Carreon
The Sixth Order, by Charles Carreon
Ashland Free Press

## Political, Legal and Critical Commentaries and News Articles:

- 01/12/05: The Giant Wakes -- FTC Shuts Down Porn Spammers
- 02/17/05: Info-broker ChoicePoint Divulges Private Data to Fraudsters
- 02/18/05: Nudity Goes Mainstream With the Sims
- 02/19/05: Lizzie Borden Case Gives Gonzales Anti-Porn Vehicle
- 02/22/05: In Memoriam, Hunter S. Thompson, Gonzo Journalist
- 03/06/05: Mandelbrot's "The (Mis)Behavior of Markets": An Interview with Benoit Mandelbrot

- 03/24/05: Arthur Miller's Biography -- "Timebends"
- 03/26/05: Why The Chinese Keep Lending the US Money
- 03/26/05: What I Learned In Mexico
- 04/05/05: From The Doctors To The Lawyers
- 04/10/05: The Brandon Mayfield Case Establishes the Obvious Unconstitutionality of Patriot Act Sneak-Searches
- 04/14/05: How To Get a Copy of a Copyrighted Work
- 04/20/05: Medical Marijuana Updates
- 04/21/05: New Pope Went Along To Get Along, All The Way to the Top
- 04/24/05: Meet Ashcroft Protege Viet Dinh, Author of The Patriot Act
- 05/16/05: What Howard Stern Needs To Learn from Laura Bush
- 05/17/05: Free Porn Links From PBS
- 05/22/05: Fox Channel Says Real Cops Torture Suspects -- What Shite!
- 05/22/05: A 15th Century Patriot Act - The Papal Bull of Innocent VIII
- 05/22/05: A Book Review of UBIK, by Phil Dick
- 05/22/05: A Trojan Foreign Policy
- 05/29/05: Those Were the Days
- 07/01/05: Oh, For a Nixon to Lead Us Now!
- 07/11/05: Of Whiskey Bottles and Hershey Bars
- 07/12/05: First Thing, Let's Lock Up All The Reporters
- 07/21/05: Ashland Oregon Backs Liberal Police Chief Mike Bianca
- 07/22/05: Doc, My Pacemaker is Killing Me!
- 07/22/05: The Good News Is, Your Passport Was Genuine ...
- 07/23/05: Rove Runs Behind Bush
- 07/27/05: More on the Plame Affair:  Is Fleischer Hiding Behind Rove?
- 07/29/05: John G. Roberts & The Florida Republican Bucket Brigade
- 08/05/05: Limbaugh Ejaculates Over Roberts' Gay Pro Bono
- 08/07/05: Grokster:  The Asteroid That Killed the Media Dinosaurs
- 08/11/05: Citizens Find Voice in Battle to Save Roasting Company
- 08/11/05: Bianca, The People's Chief
- 08/11/05: FOX-Drudge on Sheehan:  What Shit Will Fools Not Eat?
- 08/11/05: Cindy Sheehan to Bush:  "You're Going the

Wrong Way"
- 08/14/05: Multiple Gunshot Suicides -- A New Guinness Category
- 08/21/05: Team America? -- One Sick Movie!
- 08/26/05: Spotfire, the CIA's Cyber Terrorist-Finder: Carnivore 2.0
- 08/29/05: The Possible Double Homicide of Terry and Arieka Carr
- 09/03/05: Poetry from Burning Man -- Let It Burn!
- 09/04/05: Textbook Publishers Are Bluffing in Battle With Google
- 09/05/05: Celine Dion Cuts the Crap & Prays for New Orleans
- 09/05/05: Bush Asks New Orleans:  "What Didn't Go Right?"
- 09/06/05: Matt Wells' BBC Op-Ed Piece Is A Little Too Sanguine 4 Me
- 09/05/05: FEMA Head Knows Horseshit, But What Else?
- 09/05/05: Amsterdam is Below Sea Level, But Never Floods
- 09/05/05: New Orleans Survivors Camp Free, Like Adam & Eve
- 09/06/05: The "Drowning of New Orleans" Was Predicted in 2001
- 09/07/05: Videos of Mayor Nagin, New Orleans Survivors, and more
- 09/10/05: The Ramones Suggest Have a Nice Day
- 09/11/05: Crank, Crap & Cruelty, Eric Schlosser's Fast Food Nation
- 09/13/05: Evacuees Need Clothing?  "Let Them Wear Knockoffs"
- 09/14/05: She Should Sue!  WAPO & Fox Keep Slandering Gov. Blanco
- 09/16/05: Holbrook Says Experts Deny Katrina-Global-Warming Link
- 09/16/05: Power Restored First to Pipeline While Hospitals Remain Dark
- 09/19/05: The New Israelites
- 09/21/05:  Did Warlock Aid Katrina?
- 09/22/05: In The Wake of the Flood
- 09/25/05: Intelligent Design Fails the Kiss Test
- 10/09/05:  Say It Ain't So, Karl!
- 10/17/05:  The Great McCloud Water Caper of 2003
- 10/17/05:  Second Annual Free Speech in the Park Day Draws Citizens

- 10/17/05:  Romance Forgery Rocks The Vinyl Club
- 10/17/05:  PB&J With The Judge
- 10/27/05:  Old Pirate in the Brig:  Steve Cohen in LA Metro
- 10/28/05:  Scooter Libby's New Nickname:  Benedict Arnold
- 10/28/05:  Dick Cheney, Prime Conspirator in the Plame Plot
- 11/02/05:  Okay, We'll Just Say He Got What Was Coming to Him
- 11/02/05:  Yes, Karl is Here; No I Can't Talk About Him
- 11/02/05:  Hey Hon, About That Abortion I Wanted to Have ...
- 11/02/05:  Alito at the Stake:  Burn, Baby, Burn!
- 11/05/05:  Secret CIA Torture Cells Are On the Honor System
- 11/05/05:  Bush Buffeted by Rove Turbulence in Buenos Aires
- 11/05/05:  Rove Pal Ken Tomlinson Busted for Looting PBS
- 11/06/05:  Congress:  Sun Should Set on FBI Domestic Spying
- 11/06/05:  Cabbies on Crack
- 11/09/05:  Memo to Fitzgerald:  Comstock Can't Defend Libby
- 11/17/05:  The Truly Mythical State of Jefferson
- 11/17/05:  Sunset for Domestic Spying
- 11/17/05:  The Revolution Will Not Be Capitalized:  Che Guevara
- 11/17/05:  Born in Tibet, Again:  The Exile of the 12th Trungpa Tulku
- 11/17/05:  The Stadium Plot
- 12/01/05:  Leapfrog FLY:  I Liked It So Much I Bought The Company
- 12/03/05:  David Safavian, "Typhoid Mike" Abramoff's Victim
- 12/25/05:  On Marx and Darwin -- Evolution and Capital
- 12/27/05:  A New Year's Gift -- My Philosophy of Evolutionary Realism
- 01/07/06:  BOYCOTT ARROWHEAD & OTHER NESTLE BOTTLED H2O
- 01/12/06:  Porous Data Vaults Go Crying To Congress
- 01/19/06:  LET'S IMPEACH!  IT'S A NO-BRAINER, FERCRISSAKES!
- 02/07/06:  Ashland Fiber Net:  The Imbroglio Ripens
- 02/07/06:  Charter Communications:  Paul Allen's Toy

- 02/07/06:  Where Have All The Patriots Gone?
- 02/11/06:  Jack Abramoff's House of Cards
- 02/12/06:  Disarm Cheney Before He Shoots Someone Else
- 02/15/06:  Cheney Falls Into Trap Set By Texas Quail
- 02/15/06:  Are Google, MSN & Yahoo! Violating Export Controls?
- 03/13/06:  Ignorant Specter:  Arlen Would Rather Be Stupid Than Disloyal
- 03/14/06:  Cheney's Reign of Terror -- The Rules of Quail Hunting With Dick Cheney
- 03/14/06:  Not Looking Good -- AFN Takes Mismanagement to a New Level
- 03/14/06:  Rude Awakening -- A Review of "Fierce Grace"
- 04/13/06:  White Man Tweak With Forked Tongue -- The Government Induced Speed Plague
- 04/16/07:  When Killing Becomes Holy, Everyone Wants to Pray
- 06/01/06:  Life With Father:  The New Paternalism
- 06/01/06:  Hey Dude, Where's My Silver Mines
- 06/01/06:  Righteous Livelihood -- Building Wealth In Our Community
- 06/01/06:  Lincoln's Head
- 06/01/06:  Local Musician Spotlight:  Bob Miner
- 07/06/06:  Frida and Diego Overheard at Starbucks
- 11/01/06:  A Legend In His Own Mind -- Michael Ruppert Soldiers On
- 11/01/06:  The Last Empire:  America's Nostalgia For Armageddon
- 11/01/06:  No Good Deed Will Go Unpunished:  The Mike Bianca Story
- 11/01/06:  A Highly Improbable Production -- The BBC Version of Douglas Adams' Hitchhiker's Guide to the Galaxy
- 11/01/06:  Burnt, Man
- 11/01/06:  Ayahuasca  For the Masses
- 11/01/06:  President Wolf
- 11/01/06:  Werewolves in Ashland
- 11/01/06:  Free Speech Weathervane
- 11/13/06:  High Times for High Crimes and Misdemeanors
- 12/05/06:  Democrats Should Follow Barbara Lee's Lead on Iraq and Darfur
- 12/13/06:  With "Friends" Like the Saudis, Enemies are Obsolete
- 12/16/06:  Excuse Me, "Drawdown" Means What?
- 12/16/06:  AIDS Prevention:  Circumcision Less Effective

Than Abstinence
- 01/10/07:  The Terrorist Who Loved Me -- The Betrayal of Pete Seda
- 01/10/07:  Chicken -- It's What's For Dinner
- 10/10/07:  Arrivederci Bianca?
- 03/14/07:  National Public Radio Whitewashes Guiliani's Relationship With Kerik
- 12/25/06:  Bush's Christmas Gift to Us All:  Suicidal Tendencies
- 01/13/07:  Ken Olbermann's "President Who Cried Wolf"
- 02/09/07:  The Democratic Dunkirk -- All Hands on Deck!
- 03/14/07:  It's Time To Can Alberto Gonzales
- 04/08/07:  White Man's Lack of Rhythm Causes Global Warming
- 04/29/07:  Kerik, Giuliani & Bush -- Longtime Partners in Crime
- 07/14/07:  Hunter S. Thompson's Work-In-Process:  "The Silk Road"
- 07/15/07:  When We're Talking About War, We're Talking About Peace
- 07/15/07:  The Mariel Boat-Lift
- 08/15/07:  Karl Rove Returns to Oz
- 02/02/08:  Reid Promises Bush:  "What Happens in Vegas, Stays in Vegas!"
- 03/04/08:  God This Election Has Gotten Boring
- 03/08/08:  Waterboard Bernanke
- 03/15/08:  Bear Stearns Bailout Not a Good Sign
- 04/05/08:  A List of Liberties We've Lost
- 04/11/08:  Help Write John Yoo's Pink Slip Or Rename Boalt Hall "Torture U"
- 04/14/08:  Berkeley Dean Sees No Ethical Problem In Yoo's Pro-Torture Teachings
- 04/20/08:  Generals Parrot Bush War Propaganda for Money and Influence
- 04/29/08:  Don't Be Negative -- To Win, Just Run Against Bush!
- 05/05/08:  The McCandidate's Achilles Heel -- John Hagee, Anti-Catholic Televangelist
- 05/11/08:  Mother's Day --  A National Day of Protest
- 05/11/08:  Science, The Scapegoat of Religion and Commerce
- 05/23/08:  Somethin's Rotten in Texas
- 09/01/08:  People Economics

**Natural Science, Philosophy, and the Life of the Spirit:**

- 2001, A Space Odyssey.  Dull Movie -- Great Soundtrack
- 50 Ways to Leave Your Lama
- A Child's Nightmare
- A Flaming Fistful of Reactionary Wisdom
- A Law Unto Itself:  The Vatican Rules
- A Rainy Afternoon at Parque Guell
- A Summary Outline of the United States Constitution
- A Tale of Two Cities
- Alfred Bester's Overman, Gully Foyle
- Ananda and the Merchants of Rajgir
- Beliefs vs. Dogmas:  The Dr. Jekyll and Mr. Hyde of Religious Faith
- Born in Tibet, Again -- The Exile of the Twelfth Trungpa Tulku -- How Sakyong Mipham Usurped the Trungpa Throne
- Bush Coronation -- American-Buddha Examines the 2005 Inauguration Follies
- Bush To New Orleans:  "Let Them Eat Sound Bites"
- Carlos Castaneda
- Charles' Drive-In Movie Theatre -- Movies For All Times
- Buddhist Horror Flick
- Dharma Assassin Kusum Lingpa
- Dial-A-Materialist
- Diary of a Sense Offender -- A Review of Kurt Wimmer's "Equilibrium"
- Disillusioned by Authoritarian Doctrines
- Don't Blame Ramana
- Dr. Ray Brown
- Dr. Rick Strassman's "DMT:  The Spirit Molecule"
- Eulogy for Joshua Carreon
- Fear of a Feeling Planet -- A Review of Kurt Wimmer's "Equilibrium"
- Frequently Asked Questions About Tibetan Buddhism
- Home Sweet Home
- Iggy Pop
- Is Krishna a Con?
- It's Tantra Baby
- Joey Ramone
- JoeyRamone.org
- Killer Krishnas From Inner Space
- Leonard Cohen, Poisoned by Zen
- Lucretius, Sage of the First Millennium
- Making Monsters For My Friends
- Martin Luther King -- No  Rest Until We Reach the Goal
- More News Than Is Fit to Print

- Nazis for Peace
- Odysseus on Masked Men
- On Hell and Its Habitues
- Phil Dick's Yogacara Vision Through His Eye in the Sky
- Pipeline Dreams
- Ramana Maharshi
- Ray Bradbury High
- Sleepers Awake!
- Soundbites From the Whitey House
- St. Francis
- Steven Seagal Comes Out of the Buddhist Closet
- Stranger In a Strange Land - Heinlein's Hippie Joke
- Tantra-Induced Delusional Syndrome ("TIDS")
- Thanks From a Grateful Nation -- Awarding the Cross of Secret Achievement to the Dalai Lama
- The Corporation -- A Movie Every Person Should See
- The Dalai Lamas, Prisoners of the Potala Junta
- The Foundation Trilogy -- Asimov's Galactic Epic
- The Guru -- A Movie You Just Have to See
- The Heresy of St. Timothy
- The Materialist Manifesto
- The Misuse of Western Terms by Eastern Mystics
- The Promised God Man is Weird
- The Radian of Our Being
- The Sutra of the Leaves
- The Three Elements of Counter-Insurgency and Narcotics Enforcement
- The Tibetan Wall of Silence
- The Vestibular System
- They're All Diabolical Bozos!
- Tibetan Two-Step, Shuffle & Slide
- Tim Leary, Starfleet Commander
- UBIK: Phil Dick's Answer To Death After Life,
- "Vee Have Veys of Making You Love Sentient Beings" -- Nazi Methods of Inducing "Bodhicitta"
- Voidsuck This!,
- We Be Trippin' With Uma's Dad, aka Bob Thurman, "The Monk"
- We Can Do This -- Prajnaparamita Sutra Revealed
- What Does Andrew Cohen Know About Enlightenment?
- What is Buddhism?
- William Gibson's Dystopian Epic -- Neuromancer

# Exhibit 2

**Site Map**
**LIBRARY COPYRIGHT NOTICE**

# CHARLES CARREON, THE ARIZONA KID





Rage On With Charles at Raging Blog
American Fight Songs, by Charles Carreon
Poetry, by Charles Carreon
The Sixth Order, by Charles Carreon

# Ashland Free Press

## Political, Legal and Critical Commentaries and News Articles:

- 01/12/05: The Giant Wakes -- FTC Shuts Down Porn Spammers
- 02/17/05: Info-broker ChoicePoint Divulges Private Data to Fraudsters
- 02/18/05: Nudity Goes Mainstream With the Sims
- 02/19/05: Lizzie Borden Case Gives Gonzales Anti-Porn Vehicle
- 02/22/05: In Memoriam, Hunter S. Thompson, Gonzo Journalist
- 03/06/05: Mandelbrot's "The (Mis)Behavior of Markets": An Interview with Benoit Mandelbrot
- 03/24/05: Arthur Miller's Biography -- "Timebends"
- 03/26/05: Why The Chinese Keep Lending the US Money
- 03/26/05: What I Learned In Mexico
- 04/05/05: From The Doctors To The Lawyers
- 04/10/05: The Brandon Mayfield Case Establishes the Obvious Unconstitutionality of Patriot Act Sneak-Searches
- 04/14/05: How To Get a Copy of a Copyrighted Work
- 04/20/05: Medical Marijuana Updates
- 04/21/05: New Pope Went Along To Get Along, All The Way to the Top
- 04/24/05: Meet Ashcroft Protege Viet Dinh, Author of The Patriot Act
- 05/16/05: What Howard Stern Needs To Learn from Laura Bush
- 05/17/05: Free Porn Links From PBS
- 05/22/05: Fox Channel Says Real Cops Torture Suspects -- What Shite!
- 05/22/05: A 15th Century Patriot Act - The Papal Bull of Innocent VIII
- 05/22/05: A Book Review of UBIK, by Phil Dick
- 05/22/05: A Trojan Foreign Policy
- 05/29/05: Those Were the Days
- 07/01/05: Oh, For a Nixon to Lead Us Now!
- 07/11/05: Of Whiskey Bottles and Hershey Bars
- 07/12/05: First Thing, Let's Lock Up All The Reporters
- 07/21/05: Ashland Oregon Backs Liberal Police Chief Mike Bianca
- 07/22/05: Doc, My Pacemaker is Killing Me!
- 07/22/05: The Good News Is, Your Passport Was

Genuine ...
- 07/23/05: Rove Runs Behind Bush
- 07/27/05: More on the Plame Affair:  Is Fleischer Hiding Behind Rove?
- 07/29/05: John G. Roberts & The Florida Republican Bucket Brigade
- 08/05/05: Limbaugh Ejaculates Over Roberts' Gay Pro Bono
- 08/07/05: Grokster:  The Asteroid That Killed the Media Dinosaurs
- 08/11/05: Citizens Find Voice in Battle to Save Roasting Company
- 08/11/05: Bianca, The People's Chief
- 08/11/05: FOX-Drudge on Sheehan:  What Shit Will Fools Not Eat?
- 08/11/05: Cindy Sheehan to Bush:  "You're Going the Wrong Way"
- 08/14/05: Multiple Gunshot Suicides -- A New Guinness Category
- 08/21/05: Team America? -- One Sick Movie!
- 08/26/05: Spotfire, the CIA's Cyber Terrorist-Finder:  Carnivore 2.0
- 08/29/05: The Possible Double Homicide of Terry and Arieka Carr
- 09/03/05: Poetry from Burning Man -- Let It Burn!
- 09/04/05: Textbook Publishers Are Bluffing in Battle With Google
- 09/05/05: Celine Dion Cuts the Crap & Prays for New Orleans
- 09/05/05: Bush Asks New Orleans:  "What Didn't Go Right?"
- 09/06/05: Matt Wells' BBC Op-Ed Piece Is A Little Too Sanguine 4 Me
- 09/05/05: FEMA Head Knows Horseshit, But What Else?
- 09/05/05: Amsterdam is Below Sea Level, But Never Floods
- 09/05/05: New Orleans Survivors Camp Free, Like Adam & Eve
- 09/06/05: The "Drowning of New Orleans" Was Predicted in 2001
- 09/07/05: Videos of Mayor Nagin, New Orleans Survivors, and more
- 09/10/05: The Ramones Suggest Have a Nice Day
- 09/11/05: Crank, Crap & Cruelty, Eric Schlosser's Fast Food Nation

- 09/13/05: Evacuees Need Clothing?  "Let Them Wear Knockoffs"
- 09/14/05: She Should Sue!  WAPO & Fox Keep Slandering Gov. Blanco
- 09/16/05: Holbrook Says Experts Deny Katrina-Global-Warming Link
- 09/16/05: Power Restored First to Pipeline While Hospitals Remain Dark
- 09/19/05: The New Israelites
- 09/21/05:  Did Warlock Aid Katrina?
- 09/22/05: In The Wake of the Flood
- 09/25/05: Intelligent Design Fails the Kiss Test
- 10/09/05:  Say It Ain't So, Karl!
- 10/17/05:  The Great McCloud Water Caper of 2003
- 10/17/05:  Second Annual Free Speech in the Park Day Draws Citizens
- 10/17/05:  Romance Forgery Rocks The Vinyl Club
- 10/17/05:  PB&J With The Judge
- 10/27/05:  Old Pirate in the Brig:  Steve Cohen in LA Metro
- 10/28/05:  Scooter Libby's New Nickname:  Benedict Arnold
- 10/28/05:  Dick Cheney, Prime Conspirator in the Plame Plot
- 11/02/05:  Okay, We'll Just Say He Got What Was Coming to Him
- 11/02/05:  Yes, Karl is Here; No I Can't Talk About Him
- 11/02/05:  Hey Hon, About That Abortion I Wanted to Have ...
- 11/02/05:  Alito at the Stake:  Burn, Baby, Burn!
- 11/05/05:  Secret CIA Torture Cells Are On the Honor System
- 11/05/05:  Bush Buffeted by Rove Turbulence in Buenos Aires
- 11/05/05:  Rove Pal Ken Tomlinson Busted for Looting PBS
- 11/06/05:  Congress:  Sun Should Set on FBI Domestic Spying
- 11/06/05:  Cabbies on Crack
- 11/09/05:  Memo to Fitzgerald:  Comstock Can't Defend Libby
- 11/17/05:  The Truly Mythical State of Jefferson
- 11/17/05:  Sunset for Domestic Spying
- 11/17/05:  The Revolution Will Not Be Capitalized:  Che Guevara
- 11/17/05:  Born in Tibet, Again:  The Exile of the 12th

Trungpa Tulku
- 11/17/05:  The Stadium Plot
- 12/01/05:  Leapfrog FLY:  I Liked It So Much I Bought The Company
- 12/03/05:  David Safavian, "Typhoid Mike" Abramoff's Victim
- 12/25/05:  On Marx and Darwin -- Evolution and Capital
- 12/27/05:  A New Year's Gift -- My Philosophy of Evolutionary Realism
- 01/07/06:  BOYCOTT ARROWHEAD & OTHER NESTLE BOTTLED H2O
- 01/12/06:  Porous Data Vaults Go Crying To Congress
- 01/19/06:  LET'S IMPEACH!  IT'S A NO-BRAINER, FERCRISSAKES!
- 02/07/06:  Ashland Fiber Net:  The Imbroglio Ripens
- 02/07/06:  Charter Communications:  Paul Allen's Toy
- 02/07/06:  Where Have All The Patriots Gone?
- 02/11/06:  Jack Abramoff's House of Cards
- 02/12/06:  Disarm Cheney Before He Shoots Someone Else
- 02/15/06:  Cheney Falls Into Trap Set By Texas Quail
- 02/15/06:  Are Google, MSN & Yahoo! Violating Export Controls?
- 03/13/06:  Ignorant Specter:  Arlen Would Rather Be Stupid Than Disloyal
- 03/14/06:  Cheney's Reign of Terror -- The Rules of Quail Hunting With Dick Cheney
- 03/14/06:  Not Looking Good -- AFN Takes Mismanagement to a New Level
- 03/14/06:  Rude Awakening -- A Review of "Fierce Grace"
- 04/13/06:  White Man Tweak With Forked Tongue -- The Government Induced Speed Plague
- 04/16/07:  When Killing Becomes Holy, Everyone Wants to Pray
- 06/01/06:  Life With Father:  The New Paternalism
- 06/01/06:  Hey Dude, Where's My Silver Mines
- 06/01/06:  Righteous Livelihood -- Building Wealth In Our Community
- 06/01/06:  Lincoln's Head
- 06/01/06:  Local Musician Spotlight:  Bob Miner
- 07/06/06:  Frida and Diego Overheard at Starbucks
- 11/01/06:  A Legend In His Own Mind -- Michael Ruppert Soldiers On
- 11/01/06:  The Last Empire:  America's Nostalgia For Armageddon
- 11/01/06:  No Good Deed Will Go Unpunished:  The Mike

Bianca Story
- 11/01/06:  A Highly Improbable Production -- The BBC Version of Douglas Adams' Hitchhiker's Guide to the Galaxy
- 11/01/06:  Burnt, Man
- 11/01/06:  Ayahuasca  For the Masses
- 11/01/06:  President Wolf
- 11/01/06:  Werewolves in Ashland
- 11/01/06:  Free Speech Weathervane
- 11/13/06:  High Times for High Crimes and Misdemeanors
- 12/05/06:  Democrats Should Follow Barbara Lee's Lead on Iraq and Darfur
- 12/13/06:  With "Friends" Like the Saudis, Enemies are Obsolete
- 12/16/06:  Excuse Me, "Drawdown" Means What?
- 12/16/06:  AIDS Prevention:  Circumcision Less Effective Than Abstinence
- 01/10/07:  The Terrorist Who Loved Me -- The Betrayal of Pete Seda
- 01/10/07:  Chicken -- It's What's For Dinner
- 10/10/06:  Arrivederci Bianca?
- 03/14/07:  National Public Radio Whitewashes Guiliani's Relationship With Kerik
- 12/25/06:  Bush's Christmas Gift to Us All:  Suicidal Tendencies
- 01/13/07:  Ken Olbermann's "President Who Cried Wolf"
- 02/09/07:  The Democratic Dunkirk -- All Hands on Deck!
- 03/14/07:  It's Time To Can Alberto Gonzales
- 04/08/07:  White Man's Lack of Rhythm Causes Global Warming
- 04/29/07:  Kerik, Giuliani & Bush -- Longtime Partners in Crime
- 07/14/07:  Hunter S. Thompson's Work-In-Process:  "The Silk Road"
- 07/15/07:  When We're Talking About War, We're Talking About Peace
- 07/15/07:  The Mariel Boat-Lift
- 08/15/07:  Karl Rove Returns to Oz
- 02/02/08:  Reid Promises Bush:  "What Happens in Vegas, Stays in Vegas!"
- 03/04/08:  God This Election Has Gotten Boring
- 03/08/08:  Waterboard Bernanke
- 03/15/08:  Bear Stearns Bailout Not a Good Sign
- 04/05/08:  A List of Liberties We've Lost
- 04/11/08:  Help Write John Yoo's Pink Slip Or Rename

Boalt Hall "Torture U"

- 04/14/08:  Berkeley Dean Sees No Ethical Problem In Yoo's Pro-Torture Teachings
- 04/20/08:  Generals Parrot Bush War Propaganda for Money and Influence
- 04/29/08:  Don't Be Negative -- To Win, Just Run Against Bush!
- 05/05/08:  The McCandidate's Achilles Heel -- John Hagee, Anti-Catholic Televangelist
- 05/11/08:  Mother's Day --  A National Day of Protest
- 05/11/08:  Science, The Scapegoat of Religion and Commerce
- 05/23/08:  Somethin's Rotten in Texas
- 09/01/08:  People Economics

# Exhibit 3

# Exhibit 3

**Home**    **Site Map**    **Library Copyright Notice**    **Bulletin Board**    **Site Search**

# THE RALPH NADER LIBRARY

## *Online Library Access For All*

### *Green and Mean*

Save gas, save paper, save time, save the planet! Surf our digital archives online.  How does it work, consistent with copyright law? Quite simply, when you visit NaderLibrary.com you are visiting a library, and the same rules apply.  Please read the Library Copyright Notice and obey the rules.

### *Topical Research: Go NUTCH!*

Working on a term paper?  Researching an obscure topic? Looking for works by a particular author? Word search our archives with the Nutch Open Source Search Engine, the same search engine used by the University of Oregon and Creative Commons to power their searches.



*"We have a government of the Exxons, by the General Motors, for the Duponts" -- Ralph Nader*

One man tells it like it is -- the world's most powerful corporate families have the rest of the world in a death grip.  Our wealth, our health, the health of the planet and the life of future generations are all falling prey to their insatiable greed.  One man tells it like it is -- the two parties of the old political system have been so twisted by corporate corruption that they are incapable of advancing initiatives that benefit flesh-and-blood people.  Our elections are a mockery of honest balloting, as herds of voters, driven in circles of confusion by incessant polling reports on hot-button issues, descend on paperless polling stations or are supplied with

## *We Are The Library Next Door*

Online Library Access for All

Tucson Area Library Access for Members









## *Hardwired Events*

### *Local and Vocal*

Nader Library Members are invited to attend regularly-scheduled events at the Nader Library facility in Southeast Tucson, Arizona.

**Signup To Join Nader Library and Receive Notice of Hardwired  Events -- Nader Library Respects Your Privacy**

Email: [_____]  [Subscribe]

**After You Subscribe, Check Your Email**

### From "Independent Politics," by Howard Hawkins:  Could Nader Win?

Furthermore, Nader's impact could be far greater than that of a potential spoiler for Kerry.  The 2000 National Election Survey data show that only 9 percent of voters who preferred Nader actually voted for him.  Fifty percent of Nader supporters didn't vote at all.  Twenty-six percent of Nader supporters voted for Gore as the lesser evil to Bush.  And 19 percent of Nader supporters voted for Bush as the lesser evil to Gore.

If all the voters who preferred Nader had voted for him in 2000, he would have won the election, receiving 54 million votes to Bush's 43 million and Gore's 38 million (if we add the Nader supporters who voted for their lesser evil to Nader's total and subtract them from Bush and Gore's totals).  (These numbers are derived from Harvard political scientist Barry Burden's 2001 study of the National Election Survey data:

"Minor Parties in the 2000 Presidential Election")

## Illustrated Screenplay & Screencap Galleries

- 7 Faces of Dr. Lao, directed by George Pal,

# Exhibit 4

**nutch**

About   FAQ

che guevara charles carreon      [ Search ] help

Hits **1-4** (out of about 7 total matching pages):

**The Revolution Will Not Be Capitalized:  The Story of Che Guevara," by Charles Carreon at American B**
... The Story of **Che Guevara**," by **Charles Carreon** at American Buddha Online Library ... THE STORY OF **CHE**
http://www.american-buddha.com/LM.elche.revolwillnotbecapitalized.htm (cached) (explain) (anchors) (more from www.american-buddha.com)

**Charles Carreon, The Arizona Kid, at American Buddha Online Library**
... Blog American Fight Songs, by **Charles Carreon** Poetry, by **Charles Carreon** The Sixth Order ... Revolution Will Not Be Capitalized:  ...
http://www.american-buddha.com/arizonakid.toc.htm (cached) (explain) (anchors) (more from www.american-buddha.com)

**Charles Carreon, The Arizona Kid, at American Buddha Online Library**
... Blog American Fight Songs, by **Charles Carreon** Poetry, by **Charles Carreon** The Sixth Order ... Revolution Will Not Be Capitalized:  ...
http://www.naderlibrary.com/arizonakid.toc.htm (cached) (explain) (anchors)

**The Revolution Will Not Be Capitalized:  Che Guevara, by Charles Carreon at American Buddha Online L**
... Revolution Will Not Be Capitalized:  **Che Guevara**, by **Charles Carreon** at American Buddha Online Library ... REVOLUTION WILL NOT BE CAPITALIZED:  **CHE** ...
http://www.naderlibrary.com/AZ.revolutionwillnotbecapitalized.htm (cached) (explain) (anchors)

[ show all hits ]



**RSS**

ca | de | en | es | fi | fr | hu | it | jp | ms | nl | pl | pt | sh | sr | sv | th | zh

# Exhibit 5



# AMERICAN BUDDHA

## An Oregon Non-profit Corporation

January 22, 2002

SENT VIA FAX - 503/378-4381

Secretary of State
Corporate Division
255 Capitol Street N.E., Suite 151
Salem, OR 97310-1327

      Re:    American Buddha, Registry No. 757959-80

Dear Sir or Madam:

      Please make the following changes in our record:

Principal Place of Business: 1131 Barrington Circle, Ashland, OR 97520

President: Tara Carreon, 1131 Barrington Circle, Ashland, OR 97520

Secretary: Ana Carreon, 1131 Barrington Circle, Ashland, OR 97520

Phone No.: 541/482-2321

Fax No.: 541/482-4683

      Thanks kindly for your attention to this matter.

          Sincerely,

          Tara Carreon

          Tara Carreon
          President, American Buddha

1131 Barrington Circle               (t) 541/482-2321
Ashland, OR 97520               (f) 541/482-4683



Phone: (503) 986-2200·
Fax: (503) 378-4381

Secretary of State
Corporation Division
255 Capitol St. NE, Suite 151
Salem, OR 97310-1327

**Amendment to Annual Report**

For office use only

☐ Professional Corporation
☒ Nonprofit Corporation
☐ Business Corporation
☐ Cooperative
☐ Water District

Registry Number  757959-80

Entity Type   ☒ **DOMESTIC**     ☐ **FOREIGN**

Please Type or Print Legibly in **Black** Ink -  - **NO Filing Fee**

To change the Registered Agent, use Change of Registered Agent/Address, Form CR131

1) NAME OF ENTITY AMERICAN BUDDHA

2) PRINCIPAL PLACE OF BUSINESS (street address)
   1131 Barrington Circle
   Ashland, OR  97520

3) MAILING ADDRESS
   1131 Barrington Circle
   Ashland, OR  97520

OFFICERS NAME AND ADDRESSES

4) PRESIDENT (Name and street address)
   Tara Carreon
   1131 Barrington Circle
   Ashland, OR  97520

5) SECRETARY (Name and street address)
   Ana Carreon
   1131 Barrington Circle
   Ashland, OR  97520

6) EXECUTION

SIGNATURE: *Tara Carreon*

PRINTED NAME: Tara Carreon

TITLE: President

DATE: 1/21/

7) CONTACT NAME
   Tara Carreon

DAYTIME PHONE NUMBER – INCLUDING AREA CODE
   541/482-2321

CR139 (Rev. 3/2001)



# AMERICAN BUDDHA
## An Oregon Non-profit Corporation

January 31, 2002

<u>SENT VIA FAX</u> ~ 503/378-4381

Secretary of State
Corporate Division
255 Capitol Street N.E., Suite 151
Salem, OR 97310-1327

Re:    <u>American Buddha, Registry No. 757959-80</u>

Dear Sir or Madam:

I received the enclosed Acknowledgement Letter from your office, but the information is not accurate. First, the principal place of business is changed to 1131 Barrington Circle, Ashland, OR 97520, and Second, the President has changed to Tara Carreon, 1131 Barrington Circle, Ashland, OR 97520. Please make these corrections and send me a corrected Acknowledgement Letter.

Thanks kindly for your attention to this matter.

Sincerely,

Tara Carreon
President, American Buddha

1131 Barrington Circle
Ashland, OR 97520

(t) 541/482-2321
(f) 541/482-4683



Secretary of State
Corporation Division
255 Capitol Street NE, Suite 151
Salem, OR 97310-1327

**Registry Number:** **757959-80**
**Type:** DOMESTIC NONPROFIT CORPORATION

Phone:(503)986-2200
Fax:(503)378-4381
www.sos.state.or.us/corporation/corphp.htm

AMERICAN BUDDHA
TARA  CARREON
1131 BARRINGTON CIRCLE
ASHLAND OR 97520

## Acknowledgment Letter

The document you submitted was recorded as shown below. Please review and verify the information listed for accuracy.

If you have any questions regarding this acknowledgement, contact the Secretary of State, Corporation Division at (503)986-2200. Please refer to the registration number listed above. A copy of the filed documentation may be ordered for a fee of $5.00. Submit your request to the address listed above or call (503)986-2317 with your Visa or MasterCard number.

**Document**
CHANGE OF REGISTERED AGENT/ADDRESS

| **Filed On** | **Jurisdiction** | **Nonprofit Type** |
|---|---|---|
| 01/25/2002 | OREGON | RELIGIOUS WITH MEMBERS |

**Name**
AMERICAN BUDDHA

**Principal Place of Business**
1131 BARRINGTON CIRCLE
ASHLAND OR 97520

**Registered Agent**
TARA  CARREON
1131 BARRINGTON CIRCLE
ASHLAND OR 97520

**President**
TARA  CARREON
1131 BARRINGTON CIRCLE
ASHLAND OR 97520

**Secretary**
ANA  CARREON
1131 BARRINGTON CIRCLE
ASHLAND OR 97520

KEVMAR
ACK
01/31/2002