UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PENGUIN GROUP,

                      Plaintiff(s),

      -against-

AMERICAN BUDDHA,

                      Defendant(s).
------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

09 civ 528 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Monday, August 1, 2011 at 4:30pm** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                         Don Fletcher
                                  Courtroom Case Manager

Dated: New York, New York
          June 30, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2011
```