# EXHIBIT 1

# NADER LIBRARY / ABOL USER SIGNUP FORM

**NAME:** _____

**ADDRESS:** _____

_____

_____

**PHONE:** _____

**EMAIL:** _____

I request to become a member of the Nader Library, located at 2165 S. Avenida Planeta, Tucson, Arizona 85710.

I understand that many of the books that are available online at NaderLibrary.com and American-Buddha.com are stored in the Reference Book section of the Library Office, and are not available for physical checkout, but can be reviewed at the Library.

I agree that when I physically check a book out of the Nader Library, I will record the date of checkout, the title of the book, and my Member Number in the Checkout Record.

I will return all books that are physically checked out of the Nader Library within one month of the checkout date I record in the Checkout Record, and if I wish to extend the date of return, I will send a notification to the Librarian at tara_carreon@yahoo.com, informing her of the intended date of return. I agree that if she requests immediate return of the book (most likely because another library user has requested an opportunity to borrow it), that I will return it at my earliest opportunity.

I understand that the personal information on this Signup Form will be kept private by the Librarian.

Date: _____/_____/_____

_____
Signature

**MEMBER NUMBER:** _____

# EXHIBIT 2

```html
1   <html>
2
3   <head>
4   <meta name="GENERATOR" content="Microsoft FrontPage 6.0">
5   <meta name="ProgId" content="FrontPage.Editor.Document">
6   <meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
7   <meta http-equiv="Content-Language" content="en-us">
8   <title>Oil!, by Upton Sinclair, at The Ralph Nader Library</title>
9   </head>
10
11  <p><center><b><a href="index.htm">Home</a>      <a
    href="site.map.htm">Site Map</a>      <a
    href="naderlibrarymemberinfo.htm">Library Copyright
    Notice</a>      <a
    href="http://www.naderlibrary.com/bulletin_board/index.php">Bulletin
    Board</a>      <a
    href="http://www.naderlibrary.com:8080/nutch/en/">Site
    Search</a></b></center></p><body bgcolor="#FFCC66" text="#663300" link="#FF2C18"
    vlink="#FF2C18" alink="#FF2C18">
12
13  <div align="center">
14    <center>
15    <table border="0" width="74%">
16      <tr>
17        <td align="center">
18        <p align="center">
19
20        <b><font face="Times New Roman" size="2" color="#FF0000">
21        </font><center>
22        <font face="Times New Roman"><u></u></font></center>
23
24        <p align="center"><font face="Times New Roman" size="6">OIL</font></b></td>
25      </tr>
26      <tr>
27        <td></td>
28      </tr>
29      <tr>
30        <td>
31        <p align="center"><font face="Times New Roman" size="4">© 1926, 1927 Upton
32               Sinclair, 1954 David Sinclair</font></p>
33               <div align="center">
34        <a href="book.oil.sinclair.jpg">
35               <img border="0" src="book.oil.sinclair_small.jpg" xthumbnail-orig-
    image="book.oil.sinclair.jpg"></a></div>
36               <div align="center">
37         </div>
38               <div align="center">
39        <a href="book.oil.sinclair2.jpg">
40               <img border="0" src="book.oil.sinclair2_small.jpg" xthumbnail-orig-
    image="book.oil.sinclair2.jpg"></a></div>
41               <div align="center">
42         </div>
43               <div align="center">
44        <a href="http://www.american-buddha.com/lit.oil.sinclair.htm">
45        <img border="0" src="aboldeeplinkversion3.jpg" width="358"
    height="375"></a></div>
46               <div align="center">
47         </div>
48               <div align="center">
49         </div>
50               <div align="center">
51        <font style="font-size: 15pt">
52               <a href="lit.13frominteriordeptsexpayoff.htm">13 From Interior
    Dept. Linked to Sex, Payoff
53               Scandal Over U.S. Oil, by Dina Cappiello, 9/11/08</a></font></div>
54               <div align="center">
55         </div>
56               <div align="center">
57        <div align="center">
58               <table border="1" width="89%" bgcolor="#FFCC99" id="table1">
59                 <tr>
60                   <td>
61                   <p align="center"><font face="Times New Roman" style="font-size:
    15pt">The news affected Beach City as if an angel had appeared in a shining cloud
    and scattered twenty-dollar
62                          gold pieces over the streets. You see, Ross-Bankside No. I
63                          &quot;proved up&quot; the whole north slope; to tens of thousands
    of investors, big and little, it meant that a hope was turned into glorious
    certainty. You couldn't keep such news quiet, it just didn't lie in the
    possibility of human nature not to tell; the newspapers bulletined the details
64                          -- Ross-Bankside was flowing sixteen thousand
```

```
 65                barrels a day, and the gravity was 32, and as soon as the pipeline
 66                was completed -- which would be by the end of the week -- its
 67                owner would be in possession of an income of something over
 68                twenty thousand dollars every twenty-four hours. Would
    you need to be told that the crowds stared at Dad and at Bunny, everywhere
    they went about the streets of the city? There goes the great
 69                J. Arnold Ross, owner of the new well! And that little chap is
    his son! Say, he's got thirteen dollars coming to him every minute
    of the day or night, whether he's awake or asleep. By God, a
    fellow would feel he could afford to order his lunch, if he was to have an
 70                income like that! </font></p>
 71                <p align="center"><font face="Times New Roman" style="font-size:
    15pt">Bunny couldn't help but get a sense of importance, and think
 72                that he was something special and wonderful. Little thrills
    ran over him; he felt as if he could run up into the air and fly. And
    then Dad would say: &quot;Take it easy, son! Keep your mouth shut,
    and don't go a-gettin' your head swelled. Remember, you didn't make
 73                this here money, and you can lose it in no time, if you're a light-
    weight.&quot; Dad was a sensible fellow, you see; he had been through all
    this before, first at Antelope, and then at Lobos River. He had felt the
    temptation of grandeur, and knew what it must be to a
 74                boy. It was pleasant to have a lot of money; but you must set up a
 75                skeleton at the feast, and while you quaffed the wine of
    success, you must hear a voice behind you whispering, &quot;Memento mori!
    &quot; </font></p>
 76                <p align="center"><span style="font-size: 15pt">Oil, by
    Upton
 77                Sinclair</span></td>
 78                </tr>
 79            </table>
 80            </div>
 81            </div>
 82      <p><u><b><font face="Times New Roman" size="4">Table of
 83      Contents</font></b></u></p>
 84      <ol>
 85                <li><font face="Times New Roman" size="4">
 86                <a href="lit.oil.sinclair.1.htm">The Ride</a></font></li>
 87                <li><font face="Times New Roman" size="4">
 88                <a href="lit.oil.sinclair.2.htm">The Lease</a></font></li>
 89                <li><font face="Times New Roman" size="4">
 90                <a href="lit.oil.sinclair.3.htm">The Drilling</a></font></li>
 91                <li><font face="Times New Roman" size="4">
 92                <a href="lit.oil.sinclair.4.htm">The Ranch</a></font></li>
 93                <li><font face="Times New Roman" size="4">
 94                <a href="lit.oil.sinclair.5.htm">The Revelation</a></font></li>
 95                <li><font face="Times New Roman" size="4">
 96                <a href="lit.oil.sinclair.6.htm">The Wild-cat</a></font></li>
 97                <li><font face="Times New Roman" size="4">
 98                <a href="lit.oil.sinclair.7.htm">The Strike</a></font></li>
 99                <li><font face="Times New Roman" size="4">
100                <a href="lit.oil.sinclair.8.htm">The War</a></font></li>
101                <li><font face="Times New Roman" size="4">
102                <a href="lit.oil.sinclair.9.htm">The Victory</a></font></li>
103                <li><font face="Times New Roman" size="4">
104                <a href="lit.oil.sinclair.10.htm">The University</a></font></li>
105                <li><font face="Times New Roman" size="4">
106                <a href="lit.oil.sinclair.11.htm">The Rebel</a></font></li>
107                <li><font face="Times New Roman" size="4">
108                <a href="lit.oil.sinclair.12.htm">The Siren</a></font></li>
109                <li><font face="Times New Roman" size="4">
110                <a href="lit.oil.sinclair.13.htm">The Monastery</a></font></li>
111                <li><font face="Times New Roman" size="4">
112                <a href="lit.oil.sinclair.14.htm">The Star</a></font></li>
113                <li><font face="Times New Roman" size="4">
114                <a href="lit.oil.sinclair.15.htm">The Vacation</a></font></li>
115                <li><font face="Times New Roman" size="4">
116                <a href="lit.oil.sinclair.16.htm">The Killing</a></font></li>
117                <li><font face="Times New Roman" size="4">
118                <a href="lit.oil.sinclair.17.htm">The Exposure</a></font></li>
119                <li><font face="Times New Roman" size="4">
120                <a href="lit.oil.sinclair.18.htm">The Flight</a></font></li>
121                <li><font face="Times New Roman" size="4">
122                <a href="lit.oil.sinclair.19.htm">The Penalty</a></font></li>
123                <li><font face="Times New Roman" size="4">
124                <a href="lit.oil.sinclair.20.htm">The Dedication</a></font></li>
125                <li><font face="Times New Roman" size="4">
126                <a href="lit.oil.sinclair.21.htm">The Honeymoon</a></font></li>
127      </ol>
128      <p align="left"><font face="Times New Roman" size="4"> <br>
129                UPTON SINCLAIR was born into an impoverished Baltimore family
130                on September 20, 1878. At fifteen, he began writing a series of
```

```
131                   dime
                      novels in order to pay for his education at the City College of
      New
132                   York. He was later accepted to do graduate work at Columbia, and
133                   while there he published a number of novels, including The Journal
134                   of Arthur Stirling (1903) and Manassas (1904). </font></p>
135                   <p align="left"><font face="Times New Roman" size="4">Sinclair's
      breakthrough came in 1906 with the publication of The
136                   Jungle, a scathing indictment of the vile health and working
      conditions of the Chicago meatpacking industry. The work, which won
137                   him great literary praise, helped in the passage of the pure food
      laws
138                   during the Progressive Era. He also joined the company of several
139                   writers and journalists of the time who were branded as
      &quot;muckrakers&quot; by President Theodore Roosevelt. </font></p>
140                   <p align="left"><font face="Times New Roman" size="4">Sinclair
      used the
141                   money from The Jungle to begin a utopian experiment, the Helicon
      Hall Colony of Englewood, New Jersey. In
142                   1915 he moved to California where he unsuccessfully ran for public
143                   office on four occasions. He wrote several politically progressive
144                   pamphlets and became a powerful figure in California's Democratic
145                   party, almost winning the governorship in 1934. After his defeat he
146                   continued to write books. Other works include King Coal (1917);
147                   Jimmie Higgins (1919); The Goose-Step (1923); Oil! (1927); Boston
148                   (1928); World's End (1940); Dragon's Teeth (1942), which won him
149                   a Pulitzer Prize; O Shepherd, Speak! (1949); and Another Pamela
      (1950). </font></p>
150                   <p align="left"><font face="Times New Roman"
      size="4">***</font></p>
151                   <p align="left"><font face="Times New Roman" size="4">Shuffle the
      cards, and deal a new round of poker hands: they differ in
152                   every way from the previous round, and yet it is the same pack of
      cards,
153                   and the same game, with the same spirit, the players grim-faced
      and
154                   silent, surrounded by a haze of tobacco-smoke. </font></p>
155                   <p align="left"><font face="Times New Roman" size="4">So with this
      novel, a picture of civilization in Southern California, as
156                   the writer has observed it during eleven years' residence. The
      picture
157                   is the
158                   truth, and the great mass of detail actually exists. But the cards
      have
159                   been
160                   shuffled; names, places, dates, details of character,
161                   episodes -- everything
162                   has been dealt over again. The only personalities to be recognized
      in
163                   this
164                   book are three presidents of the United States who have held
      office during the past fifteen years. Manifestly, one could not
      &quot;shuffle&quot; these,
165                   without destroying all sense of reality. But the reader who spends
      his time
166                   seeking to identify oil magnates and moving picture stars will be
167                   wasting
168                   time, and perhaps doing injustice to some individual, who may
      happen to
169                   have shot off his toe to collect accident insurance, but may not
      happen
170                   to
171                   be keeping a mistress or to have bribed a cabinet official.
      </font></p>
172                   <p align="right"><font face="Times New Roman" size="4">
173                   <a href="lit.oil.sinclair.1.htm">Go to Next Page</a></font></p>
174         <p align="center"> </td>
175       </tr>
176     </table>
177    </center>
178  </div>
179
180  <!-- Piwik -->
181  <a href="http://piwik.org" title="open source Google Analytics"
     onclick="window.open(this.href);return(false);">
182  <script type="text/javascript">
183  var pkBaseURL = (("https:" ==
     document.location.protocol) ? "https://track.larkpub.com/" : "http://track.larkpub
     .com/");
184  document.write(unescape("%3Cscript src='" + pkBaseURL + "piwik.js'
     type='text/javascript'%3E%3C/script%3E"));
```

```
185  </script><script type="text/javascript">
186  piwik_action_name = '';
187  piwik_idsite = 4;
188  piwik_url = pkBaseURL + "piwik.php";
189  piwik_log(piwik_action_name, piwik_idsite, piwik_url);
190  </script>
191  <object><noscript><p>open source Google Analytics <img
      src="http://track.larkpub.com/piwik.php?idsite=4" style="border:0"
192  alt=""/></p></noscript></object></a>
193  <!-- End Piwik Tag -->
194  </body>
195
196  </html>
```

# EXHIBIT 3

Home     Site Map     Library Copyright Notice     Bulletin Board     Site Search

# OIL, BY UPTON SINCLAIR

**CHAPTER I: THE RIDE**

I

The road ran, smooth and flawless, precisely fourteen feet wide, the edges trimmed as if by shears, a ribbon of grey concrete, rolled out over the valley by a giant hand. The ground went in long waves, a slow ascent and then a sudden dip; you climbed, and went swiftly over -- but you had no fear, for you knew the magic ribbon would be there, clear of obstructions, unmarred by bump or scar, waiting the passage of inflated rubber wheels revolving seven times a second. The cold wind of morning whistled by, a storm of motion, a humming and roaring with ever-shifting overtones; but you sat snug behind a tilted wind-shield, which slid the gale up over your head. Sometimes you liked to put your hand up, and feel the cold impact; sometimes you would peer around the side of the shield, and let the torrent hit your forehead, and toss your hair about. But for the most part you sat silent and dignified -- because that was Dad's way, and Dad's way constituted the ethics of motoring.

Dad wore an overcoat, tan in color, soft and woolly in texture, opulent in cut, double-breasted, with big collar and big lapels and big flaps over the pockets -- every place where a tailor could express munificence. The boy's coat had been made by the same tailor, of the same soft, woolly material, with the same big collar and big lapels and big flaps. Dad wore driving gauntlets; and the same shop had had the same kind for boys. Dad wore horn-rimmed spectacles; the boy had never been taken to an oculist, but he had found in a drug-store a pair of amber-colored glasses, having horn rims the same as Dad's. There was no hat on Dad's head, because he believed that wind and sunshine kept your hair from falling out; so the boy also rode with tumbled locks. The only difference between

the parking place. So Bunny strode in and looked about the lobby for Ben Skutt, the oil-scout, who was Dad's "lease-hound." There he was, seated in a big leather chair, puffing at a cigar and watching the door; he got up when he saw Bunny, and stretched his long, lean body, and twisted his lean, ugly face into a grin of welcome.  **The boy, very erect, remembering that he was J. Arnold Ross, junior, and representing his father in an important transaction, shook hands with the man, remarking: "Good evening, Mr. Skutt. Are the papers ready?"**

Go to Next Page

Home    Site Map    Library Copyright Notice    Bulletin Board    Site Search

# OIL, BY UPTON SINCLAIR

**CHAPTER II:  THE LEASE**

I

The number of the house was 5746 Los Robles Boulevard, and you would have had to know this land of hope in order to realize that it stood in a cabbage field. Los Robles means "the oaks"; and two or three miles away, where this boulevard started in the heart of Beach City, there were four live oak trees. But out here a bare slope of hill, quite steep, yet not too steep to be plowed and trenched and covered with cabbages, with sugar beets down on the flat. The eye of hope, aided by surveyors' instruments, had determined that some day a broad boulevard would run on this line; and so there was a dirt road, and at every corner white posts set up, with a wing north and a wing east -- Los Robles Blvd.-Palomitas Ave.; Los Robles Blvd.-El Centro Ave.; and so on.

Two years ago the "subdividers" had been here, with their outfit of little red and yellow flags; there had been full-page advertisements in the newspapers, and free auto rides

would have time to read it!

Go to Next Page

Home    Site Map    Library Copyright Notice    Bulletin Board    Site Search

# OIL, BY UPTON SINCLAIR

### CHAPTER VIII: THE WAR

I

Eunice Hoyt was the daughter of "Tommy" Hoyt, of Hoyt and Brainerd, whose advertisements of investment securities you saw on the financial pages of the Beach City newspapers. **Tommy you saw at racing meets and boxing events, and generally you noticed that he had with him a new lady, highly and artificially colored; sometimes she wore a veil, and you kept tactfully out of the way, understanding that Tommy was "playing the woman game." Mrs. Tommy you saw pictured among "the distinguished hostesses of the week"; she went in for art, and there would be a soulful young man about the house. The servants understood the situation, and so did Eunice.**

She was dark and slender, a quick and impatient little thing, with an abundance of what was currently known as "pep." She was in two of Bunny's classes, and discovering that he was a serious youngster, she worried him by saying sharp and cutting things, that he was never sure whether she meant or not; he dared not ask, because then she would tease him worse than ever. There were always half a dozen fellows following her about, so it was easy to keep out of the way.

But one Saturday afternoon Bunny won the 220-yard run for the school team, and that made him a bit of a hero, and boys and girls swarmed about him, cheering and patting him on the back. Then, after he had had his shower and

"No, that's not fair, Dad; we don't propose to teach any doctrines. We want to teach the open mind -- that has always been Mr. Irving's idea. He wants the labor men to think for themselves."

**But that kind of talk didn't fool Dad for a moment. "They'll all turn into reds before they get through," he said. "And see here, son -- I don't mind your giving five hundred to Mr. Irving, but it's going to be kind of tough on me if I'm to spend my life earning money, and then you spend it teaching young people that I haven't got any right to it!"**

And Bunny laughed -- that was the best way to take it. But he thought it over -- more and more as the years passed -- and he realized how that shrewd old man looked into the future and read life!

Go to Next Page

Home     Site Map     Library Copyright Notice     Bulletin Board     Site Search

# OIL, BY UPTON SINCLAIR

### CHAPTER XIII:  THE MONASTERY

I

Bunny was studying and thinking, trying to make up his mind about the problem of capital versus labor. It had become clear to him that the present system could not go on forever -- the resources and wealth of the country thrown into an arena, to be scrambled for and carried off by the greediest. And when you asked, who was to change the system, there was only one possible answer -- the great mass of the workers, who did not have the psychology of gamblers, but had learned that wealth is produced by toil. In the very nature of their position, **the workers could only prevail by combining; and so, whether they would or not, they had to develop solidarity, an ideal of**

**as individuals, and promising there would be no discrimination against union men.**

Then one day the steamer brought a telegram signed Annabelle, addressed to Bunny, and reading, "Spring lamb for dinner come on home." He explained what that meant, the strike was over; and so the occupants of the camp packed up, and Mr. Appleton Laurence went back to his fair Harvard, with woe in his heart and a packet of immortal sonnets in his suitcase, while Vee Tracy and Dad and Bunny and the secretary made themselves luxurious in compartments on a Canadian-Pacific train bound West.

Go to Next Page

Home    Site Map    Library Copyright Notice    Bulletin Board    Site Search

# OIL, BY UPTON SINCLAIR

### CHAPTER XVI:  THE KILLING

I

Bunny passed his examinations, and was duly established as a "grave old senior" in Southern Pacific University. And then he  hunted up his friends -- and such a load of troubles as fell onto his shoulders! Literally everybody had troubles! Rachel and Jacob Menzies had come back from their summer's fruit-picking, to find their two younger brothers, the "left wingers," in the county jail! The police had raided a Communist meeting and arrested all the speakers, and the organizers, and the literature sellers, and all who had red badges in their buttonholes. They had raided the Communist headquarters -- determined, so the newspapers announced, to root every Moscow agent out of the city. They had sorted the prisoners, and fined a few, and were holding the rest, including the Menzies boys, under that convenient

will the picket fence and the graves. There will be other girls with bare brown legs running over those hills, and they may grow up to be happier women, if men can find some way to chain the black and cruel demon which killed Ruth Watkins and her brother -- yes, and Dad also: an evil Power which roams the earth, crippling the bodies of men and women, and luring the nations to destruction by visions of unearned wealth, and the opportunity to enslave and exploit labor.

THE END

[Return to Table of Contents](#)

# EXHIBIT 4

# EXHIBIT 4
# Cost Detail For Printing "Oil"

Costs of Laser and Inkjet printing per page taken from
PCSupportTips.com
http://www.pcsupporttips.com/pc-peripherals/printer_cost_per_page_31.html

| COST DETAIL FOR PRINTING A COPY OF "OIL" BY UPTON SINCLAIR AT A COPY SHOP | | |
|---|---|---|
| Printing Activity | Unit Cost | Expense |
| Printing 629 pages (single or two-sided cost is same) | 10 cents per page | $62.90 |
| Binding 315 double sided pages with one 2-inch comb-binding | $4.50 | $4.50 |
| Cost (without sales tax) | | $67.40 |

| COST DETAIL FOR PRINTING A COPY OF "OIL" BY UPTON SINCLAIR USING OWN LASER PRINTER | | |
|---|---|---|
| Printing Activity | Unit Cost | Expense |
| Printing 629 single-sided pages | 4 cents per page | $25.16 |
| Paper cost | 2 cents per page | $12.58 |
| Binding 629 single-sided pages with two 2-inch comb-bindings | $4.50 X 2 | $9.00 |
| Cost (without sales tax) | | $46.74 |

| COST DETAIL FOR PRINTING A COPY OF "OIL" BY UPTON SINCLAIR USING OWN INKJET PRINTER | | |
|---|---|---|
| Printing Activity | Unit Cost | Expense |
| Printing 629 single-sided pages | 8 cents per page | $50.32 |
| Paper cost | 2 cents per page | $12.58 |
| Binding 629 single-sided pages with two 2-inch comb-bindings | $4.50 X 2 | $9.00 |
| Cost (without sales tax) | | $67.40 |

# EXHIBIT 5

Exhibit 5, page 1






Exhibit 5, page 3

