Charles Carreon (Cal. Bar # 127139)
Admitted *Pro Hac Vice*
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com
Attorney for Defendant American Buddha

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENGUIN GROUP (USA) INC.,

      Plaintiff,

  -against-

AMERICAN BUDDHA,

      Defendant.

Case No. 09 CIV 00528 JGK

## AMERICAN BUDDHA'S APPLICATION FOR LEAVE TO ATTEND PRETRIAL CONFERENCE TELEPHONICALLY

Defendant American Buddha respectfully requests leave to attend the pretrial conference set for Monday, August 1, 2011 at 4:30 p.m. in front of the Hon. John G. Koeltl via telephone, for the reasons set forth in the Declarations of Charles Carreon and Tara Lyn Carreon, submitted contemporaneously herewith.

Dated:  July 22, 2011
Respectfully submitted:

_____
Charles Carreon (California Bar # 127139)
Admitted *Pro Hac Vice*
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com
Attorney for Defendant American Buddha

AMERICAN BUDDHA'S REQUEST FOR LEAVE TO ATTEND PRETRIAL CONFERENCE TELEPHONICALLY