USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/26/11

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PENGUIN GROUP (USA) INC., | Case No. 09 CIV 00528 JGK |
| Plaintiff, | |
| -against- | [PROPOSED] **ORDER GRANTING AMERICAN BUDDHA'S APPLICATION FOR LEAVE TO ATTEND PRETRIAL CONFERENCE TELEPHONICALLY** |
| AMERICAN BUDDHA, | |
| Defendant. | |

## ORDER

Defendant American Buddha has applied to attend the August 1, 2011 pretrial conference at 4:30 p.m. telephonically. The Court GRANTS the application. Counsel for American Buddha is directed to contact _Mr. Fletcher_ to make telephonic arrangements. IT IS SO ORDERED.

Dated: July 25, 2011

_____
Hon. John G. Koeltl
United States District Judge

July 22, 2011
Submitted by:

s/Charles Carreon
Charles Carreon (Cal. Bar # 127139)
Admitted *Pro Hac Vice*
2165 S. Avenida Planeta
Tucson, Arizona 85710
Tel: 520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/26/11