

**COWAN LIEBOWITZ LATMAN**

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard Dannay**
(212) 790-9256
rxd@cll.com

August 1, 2011

**BY FAX - (212) 805-7912**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/1/11

Re:   *Penguin Group (USA) Inc. v. American Buddha*, No. 09-cv-528 (JGK)

Dear Judge Koeltl:

We represent Plaintiff Penguin Group (USA) Inc. in this action. We write to request an extension of the time to serve and file our papers in opposition to defendant American Buddha's pending motion, which are currently due August 5, 2011. Counsel for American Buddha has consented to this request.

Penguin requests a five-business-day extension, to August 12, 2011, to serve and file its opposition papers. American Buddha requests an extension of the due date for its reply papers to August 26, 2011, to which Penguin consents.

No prior request for such relief has been made or granted in this action. We thank the Court for its consideration of this request.

Respectfully submitted,

Richard Dannay

cc:   Charles Carreon, Esq. (chascarreon@gmail.com)
      Attorney for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/1/11

1257478v.1 22159/031