UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
PENGUIN GROUP,

                Plaintiff(s),

    -against-

AMERICAN BUDDHA

                Defendant(s).
---------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

09 civ 528 (JGK)

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on **Tuesday, January 24, 2012 at 10:00am** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
       January 13, 2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2012