UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENGUIN GROUP (USA) INC.,

                Plaintiff,        09 Civ. 528 (JGK)

    - against -                ORDER

AMERICAN BUDDHA,

                Defendant.

---

JOHN G. KOELTL, District Judge:

For the reasons explained on the record, the defendant's second motion to dismiss the complaint for lack of personal jurisdiction is **denied without prejudice** to renewal after the conclusion of limited discovery. The Clerk is directed to close Docket No. 26.

    SO ORDERED.

Dated:    New York, New York
            January 24, 2012

                                      John G. Koeltl
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/24/12