# COWAN
# LIEBOWITZ
# LATMAN

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Thomas Kjellberg**
(212) 790-9202
txk@cll.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/18/12

May 15, 2012



VIA FACSIMILE (212) 805-7912

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Penguin Group (USA) Inc. v. American Buddha*, No. 09 Civ. 528 (JGK)

Dear Judge Koeltl:

We represent the Plaintiff in the above-referenced litigation, and write on behalf of Defendant and Plaintiff. The parties have continued to work diligently to produce relevant documents, schedule depositions, and resolve outstanding discovery disputes. However, it is now apparent that it will not be possible to complete discovery within the existing deadline.

This is so for a number of reasons. Amazon.com, Inc. has partially complied with the third-party subpoena served by Plaintiff. However, its production remains incomplete, with additional documents promised but not yet produced. Given the high potential relevance of the Amazon documents to the very issue for which the Court found discovery to be warranted (whether Defendant has derived "substantial revenue in interstate or international commerce"), obtaining Amazon's full production is essential, and Plaintiff's counsel continues to work with Amazon's counsel to obtain it. Most recently, Defendant has proposed a confidentiality stipulation and order that Plaintiff believes is problematic – an additional issue that the parties will attempt to resolve between them, but that may require resort to the Court or the magistrate for resolution.

During the April 24, 2012 telephone conference in this matter, Your Honor stated that the Court would grant an extension of the jurisdictional discovery period if necessary. The parties, accordingly, jointly request that the jurisdictional discovery period, now set to conclude on May 26, 2012, be extended to and including July 13, 2012. The Court has previously granted one

APPLICATION GRANTED
SO ORDERED
5/17/12
John G. Koeltl, U.S.D.J.

22159/031/1311777.1

**Cowan, Liebowitz & Latman, P.C.**
Hon. John G. Koeltl
May 15, 2012
Page 2

request for extension of the jurisdictional discovery period. The requested extension does not affect any other scheduled dates in this matter.

Respectfully submitted,

*Thomas K. Kjellberg*

Thomas Kjellberg

cc: Charles Carreon, Esq. (chas@charlescarreon.com)
Richard Dannay, Esq.

22159/031/1311777.1