UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                               :
PENGUIN GROUP (USA) INC.,                                      :
                                                               :
                Plaintiff,                          :
                                                               :   No. 09 Civ. 528 (RA)
      -v-                                                      :
                                                               :   ORDER
AMERICAN BUDDHA,                                               :
                                                               :
                Defendant.                          :
                                                               :
--------------------------------------------------------------X

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 17 2012
```

RONNIE ABRAMS, United States District Judge:

As discussed at the conference held earlier today, it is hereby:

ORDERED that Defendant's motion to dismiss shall be submitted according to the following schedule: Defendant's motion shall be filed by October 1, 2012; Plaintiff's opposition shall be filed by October 30, 2012; and Defendant's reply shall be filed by November 13, 2012.

IT IS FURTHER ORDERED that oral argument on Defendant's motion to dismiss is scheduled for December 7, 2012 at 10:30 a.m.

SO ORDERED.

Dated:      August 17, 2012
                New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge