# Exhibit 37

**Kjellberg, Thomas**

| | |
|---|---|
| **From:** | American Buddha [ambu@american-buddha.com] |
| **Sent:** | Wednesday, September 02, 2009 5:26 PM |
| **To:** | Kjellberg, Thomas |
| **Subject:** | ABOL Invites You To Enjoy Your Online Library at Two Locations |

Dear Friends of American Buddha:

This is the very first email we're sending it because we are excited about all the good things that have happened for the library.  First, we have to celebrate, because one of the out-of-print books in the ABOL archive has just gotten back into print.  Thanks to the interest generated through the site, Lester Coleman, the DIA agent who co-authored ***Trail of the Octopus -- From Beirut to Lockerbie -- Inside the DIA***, got in touch with us and we have collaborated to help him get this fantastic book back into print.  Click here to buy it on Amazon, or enjoy reading it online as you always have.  Read a special interview with Lester at trailoftheoctopus.net.

American Buddha now has a sister website at NaderLibrary.com that doesn't require a user name or password.  While you're there, please join our Bulletin Board and get email notifications whenever new content is posted, which is regularly.  Different from the eclectic, find it anywhere style of American Buddha, NaderLibrary is carefully organized into categories on its comprehensive front page, that breaks content into several broad areas, including: Nature Writing / Ecology / Science, Non-Fiction, Philosophy, Political Science, Science Fiction, Graphic Novels and Illustrated Exposes, Plays, Short Stories, Speeches, Articels & Essays, Investigations and Reports, Art, Declassified Documents, Supreme Court Decisions, and Illustrated Screenplays.

American Buddha has also manifested a new self-image.   Check out the new Anno Femini front page, with links to large numbers of new titles focused on women's issues.  (Hint – click the images to be transported to unexpected wonders.)

Doing research?  The Nutch search engine provides you with instant linkage **to both sites** when you punch in your search terms.

So, come visit, and send your scholarly, studious friends to the most dedicated and selective online library on the Net.  Please spread the word about American-buddha.com and NaderLibrary.com -- our dedicated server is fast and eager to provide the fuel for our Intellectual Uprising.

With Lots of Love For Our Fans,

Ambu Fortuna

If you do not want to receive any more newsletters, please click this link.

To forward this message to someone, please click this link.

# Exhibit 38





Thomas's Amazon.com | Today's Deals | Gift Cards | Help

Shop by Department | Search | Go | Hello, Thomas Your Account | Join Prime | 0 Cart | Wish List

**Books** Advanced Search Browse Subjects New Releases Best Sellers The New York Times® Best Sellers Children's Books Textbooks Sell Your Books

See all 1 image(s)
View all 6 customer image(s) and share yours
Search inside this book

**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a **FREE** Kindle Reading App.

# Trail of the Octopus: From Beirut to Lockerbie - Inside the DIA [Paperback]

Lester K Coleman (Author), Donald Goddard (Contributor)

(2 customer reviews)

Price: $25.99 & this item ships for **FREE with Super Saver Shipping**. Details

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Monday, November 5?** Order it in the next 39 hours and 4 minutes, and choose **One-Day Shipping** at checkout. Details

**Delivery may be impacted by Hurricane Sandy.** Proceed to checkout to see estimated delivery dates. Learn More.

**2 new** from $25.99

| Formats | Amazon Price | New from | Used from |
|---|---|---|---|
| Paperback | $25.99 | $25.99 | -- |
| Unknown Binding | -- | -- | $45.00 |

**Buy New** $25.99

Quantity: 1

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

or

Sign in to turn on 1-Click ordering

**More Buying Choices**

**2 new** from $25.99

Have one to sell?

Share

## Frequently Bought Together

+

**Price For Both: $47.86**

Show availability and shipping details

☑ **This item:** Trail of the Octopus: From Beirut to Lockerbie - Inside the DIA by Lester K Coleman Paperback $25.99

☑ The Last Circle: Danny Casolaro's Investigation into the Octopus and the PROMIS Software Scandal by Cheri Seymour Paperback $21.87

## Customers Who Bought This Item Also Bought




The Last Circle: Danny Casolaro's Investigation ...
› Cheri Seymour
(10)
Paperback
$21.87

The "Terrorism" Industry
› Edward S. Herman
(5)
Paperback

## Product Details

**Paperback:** 364 pages
**Publisher:** BookSurge Publishing (August 13, 2009)
**Language:** English
**ISBN-10:** 1439237808
**ISBN-13:** 978-1439237809
**Product Dimensions:** 9.4 x 6.1 x 1.4 inches
**Shipping Weight:** 1.5 pounds (View shipping rates and policies)
**Average Customer Review:**           (2 customer reviews)
**Amazon Best Sellers Rank:** #1,542,086 in Books (See Top 100 in Books)

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

## More About the Author

› Visit Amazon's Les Coleman Page

           Discover books, learn about writers, read author blogs, and more.

## Customer Reviews

(2)
4.0 out of 5 stars

| | |
|---|---|
| 5 star | 1 |
| 4 star | 0 |
| 3 star | 1 |
| 2 star | 0 |
| 1 star | 0 |

Share your thoughts with other customers



See both customer reviews

### Most Helpful Customer Reviews

6 of 6 people found the following review helpful
**UNSUNG HERO** September 5, 2009
By R. taylor
Format: **Paperback**

This is one of those " can't put it down" reads. Trail of the Octopus is a masterful depiction of how the U.S. government cabal operates in the shadowy world of deceit. It is also an amazingly well documented account of what lengths the spy apparatus is prepared to go to silence anyone who dares raise the alarm. Every human rights advocate should read this book. It puts the abuse exposed in Iraq in perspective by showing what the U.S. did to one of it's own, the Author, Lester Coleman.
The reader will fully understand why Libya was blamed for the crash of Pan Am 103, then allowed to re-enter the world society without a blemish. Coleman documents that Libyan Leader, Muhammar Gadaffi was a CIA


Advertisement

**Search Customer Reviews**
[          ] [Go]
☑ Only search this product's reviews

asset who secretly supplied him with 20 tons of plastic explosives and trained terrorists cells throughout the Middle East to blow up airliners.
This book will make everyone who watches the babble at FOX NEWS cringe.

2 Comments | Was this review helpful to you? Yes  No

**2 of 2 people found the following review helpful**
**Oh what webs we weave...** October 17, 2010
By V-ROD
Format: Paperback

The premise of this book is that there was a DEA sting operation on Pan Am flights from Europe to the U.S. with luggage loaded with heroin from the DEA in an attempt to infiltrate the drug dealers network. The author claims that this operation was infiltrated and luggage with a plastic explosive was placed on the airplane instead. Here we have once again terrorist activity and our own government working in duplicity. Innocent people get killed, and government brass get a slap on the wrist or usually get promoted.

Also in this book is more details on the Iran/Contra affair and the drug running that was being done which affirms the truth in Gary Webb's book. This book confirms the drug running and money laundering that is essential to the economy of other nations including our own. Also there is a link to the PROMIS software scandal that Danny Casolaro was investigating; which ended up costing him his life. I'm sure many people will like this book, but for me these scandals keep repeating and it is downright depressing. The CIA, DIA, DEA, FBI, are supposed to be working for us, but they are more often than not the enemy within.

Comment | Was this review helpful to you? Yes  No

› **See both customer reviews (newest first)**

Write a customer review

## Customers Also Bought Items By


Loading

## What Other Items Do Customers Buy After Viewing This Item?

 Trail of the Octopus: From Beirut to Lockerbie - Inside the DIA  by Donald Goddard  Hardcover
(8)

 The Last Circle: Danny Casolaro's Investigation into the Octopus and the PROMIS Software Scandal  by Cheri Seymour  Paperback
(10)
$21.87

**Tag this product** (What's this?)
Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

**Search Products Tagged with**

› **Explore product tags**

## Sell a Digital Version of This Book in the Kindle Store
If you are a publisher or author and hold the digital rights to a book, you can sell a digital version of it in our Kindle Store. **Learn more**

## Forums

## eGift This Item (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.





## Look for Similar Items by Category

Books > Literature & Fiction > Contemporary

---

**Feedback**

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

---

Your Recent History (What's this?)



| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Your Account |
| Investor Relations | Become an Affiliate | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Returns Are Easy |
| Amazon in the Community | › See all | Manage Your Kindle |
| | | Help |

**amazon.com**

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonSupply | AmazonWebServices | AmazonWireless | Askville | Audible | BeautyBar.com |
| Rare Books & Textbooks | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Services | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Prestige Beauty Delivered |
| Book Depository | CreateSpace | Diapers.com | DPReview | Fabric | IMDb | Junglee.com | MYHABIT |
| Books With Free Delivery Worldwide | Indie Publishing Made Easy | Everything But The Baby | Digital Photography | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Private Fashion Designer Sales |
| Shopbop | Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |
| Designer Fashion Brands | Health, Beauty & Home Essentials | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2012, Amazon.com, Inc. or its affiliates

**Exhibit 39**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENGUIN GROUP (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BUDDHA, <br><br> Defendant. | No. 1:09-CV-00528-JGK <br><br> DECLARATION OF AMAZON.COM, INC. CUSTODIAN OF RECORDS |

Pursuant to 28 U.S.C. § 1746, I, Lynn Radliff, declare as follows:

1.  I am a custodian of records for Amazon.com, Inc. ("Amazon") and have knowledge of the matters set forth herein.

2.  I have diligently searched for all documents and data in Amazon's possession or control that are responsive to Plaintiffs' Subpoena Duces Tecum served on Amazon on February 21, 2012 (the "Subpoena").

3.  To the best of my knowledge, based on diligent search and investigation, the documents and data produced by Amazon on April 12, 2012, April 23, 2012, June 19, 2012, and

DECLARATION OF AMAZON.COM, INC.
CUSTODIAN OF RECORDS - 1

1  July 31, 2012 constitute all of the documents and data within the possession and control of

2  Amazon that are responsive to the Subpoena.

3      4.  In total, as of July 26, 2012, the royalties earned, paid, and unpaid to Online

4  Media Law, PLLC for all titles for which it receives royalties is:

| Marketplace | Earned | Paid | Unpaid |
|---|---|---|---|
| AMAZON.COM, INC. | $1,746.61 | $1,745.96 | $0.65 |
| AMAZON.LUX.DE | $17.40 | $13.68 | $3.72 |
| AMAZON.LUX.UK | $311.70 | $299.30 | $12.40 |
| AMAZON.LUX.IT | $0.38 | $0.00 | $0.38 |
| AMAZON.LUX.ES | $2.24 | $0.00 | $2.24 |
| Total | $2,078.33 | $2,058.94 | $19.39 |

    5.  I certify that the documents produced by Amazon are true and correct copies of the documents and data contained therein.

    6.  To the best of my knowledge, the documents and data produced by Amazon were prepared in the ordinary course of business at or near the time of the act, condition or event to which the relate, by persons with knowledge of those matters or, if such documents or data were prepared by a person or entity other than Amazon, were received by persons with knowledge of those matters.

    7.  The documents and data produced by Amazon in response to the subpoena were made in the course of Amazon's regularly conducted business activity.

    8.  The documents and data produced by Amazon were kept in the course of Amazon's regularly conducted business activity.

DECLARATION OF AMAZON.COM, INC.
CUSTODIAN OF RECORDS - 2

1     I declare under penalty of perjury under the laws of the United States that the foregoing is
2     true and correct.

3

4     Executed on __July 31st 2012__ at Seattle, Washington.

5                                   _Lynn Radliff_

6                                   Lynn Radliff
                                   Amazon.com, Inc. Paralegal

7                                   Litigation and Regulatory

8     SUBSCRIBED AND AFFIRMED before me this 31st day of July, 2012.

9

10                                  NOTARY PUBLIC FOR the State of Washington,
                                  residing in Seattle, WA

11                                   My Commission Expires: 7/19/2016

[Notary seal: FAY N. TOMA KELLEY, NOTARY PUBLIC, STATE OF WASHINGTON, Commission Expires 7-19-16]

DECLARATION OF AMAZON.COM, INC.
CUSTODIAN OF RECORDS - 3

**Exhibit 40**

# AMERICAN BUDDHA ONLINE LIBRARY

## What is The American Buddha Online Library?

In year 2000, American Buddha, an Oregon religious nonprofit corporation, established the American Buddha Online Library (ABOL) archive. ABOL seeks to make available selected artistic and literary works under a system of voluntary, free online lending, under the fair use exclusion from copyright liability accorded to libraries and archives pursuant to 17 U.S.C. Section 108. ABOL educates members as to the meaning of lawful fair use of copyrighted materials, and imposes contractual and technical limitations on access to the archive. Piratical use of ABOL content is strictly forbidden, as is the use of mass-downloaders, abusive software, or other predatory Net antics.

For years ABOL asked only that users send an email saying they wanted to join, but better security is now required, and so even you old "JOINers" must join up again. The membership process takes three steps. First, enter a user name and password. Second, read the ABOL Membership Agreement. Third, click "I AGREE" to get access to the content that originally brought you here, and the rest of the ABOL archives.

All of the categories below must be completed to process your application. You can use your full first name if you want, but first initial is sufficient. We may use country and postal code information to confirm that you are not using a proxy server to access the site.

**First name:** [ ]
**Last name:** [ ]
**Email address:** [ ]
**Password:** [ ]
**Enter your password again:** [ ]
**Country:** [ ]
**Postal / zip code:** [ ]

## ABOL LIBRARY USE AND ANTI-PIRACY AGREEMENT

The ABOL Online Library User and Anti-Piracy Agreement conditions access to the archives on compliance with fair use limitations and other reasonable conditions of use, and permits revocation of access for noncompliance.

### Notice to ABOL Users (37 C.F.R. 201.14)

The copyright law of the United States (title 17, United States Code) governs the making of photocopies or other reproductions of copyrighted material.

Under certain conditions specified in the law, libraries and archives are authorized to furnish a photocopy or other reproduction.

One of these specific conditions is that the photocopy or reproduction is not to be "used for any purpose other than private study, scholarship, or research." If a user makes a request for, or later uses, a photocopy or reproduction for purposes in excess of "fair use," that user may be liable for copyright infringement.

This institution reserves the right to refuse to accept a copying order if, in its judgment, fulfillment of the order would involve violation of copyright law.

### Online Library Use and Anti-Piracy Agreement

1. I have requested access to the ABOL archive, which I understand contains creative works that may be copyright-protected;

2. I have read the Notice required by 37 C.F.R. 201.14 above;

3. I agree to use the creative work in compliance with the following requirements:

a. I have provided true current information in the above form. I understand that all my information will be kept confidential and be used exclusively for official communications concerning ABOL membership, and that it will never be sold, leased or licensed to spammers, marketers, or anyone, under any circumstances.

b. I will use the creative work only for private study, scholarship, or research, and understand that I may be liable for copyright infringement if I exceed those uses.

c. I will not engage in any acts of intellectual property piracy with the creative work, and agree to hold ABOL and American Buddha harmless from all liability and costs of defense of any action resulting from a breach of this provision.

d. I will not attempt to download more than one media file at a time, nor will I access the archive or any material to which I gain access through ABOL using mass downloaders or other systems that utilize excess bandwidth or system resources, for any purpose.

e. I will not submit the creative work or related matter as evidence in any legal proceeding.

f. I consent to the jurisdiction of the U.S. District Court for the District of Oregon for the resolution of any disputes concerning my use of the creative work.

g. By clicking "I AGREE" below, I show my consent as I would by signing a paper contract, and waive any objection that this agreement is not in writing.

| I AGREE, sign me up! |

**I do not agree**

**Exhibit 41**

[Site Map](#)

# Life Is Fucked!  We don't have your page!



[Site Search]

**Download Winamp to play MP3s**
***2001: A SPACE ODYSSEY * ARETHA FR***

**Try Our Top Two Recommendations**

1. **George Bush:  The Unauthorized Biography**, by Webster G. Tarpley & Anton Chaitkin
2. **It Can't Happen Here**, by Sinclair Lewis

We Have Good Science Fiction

- Alfred Bester's Overman, Gully Foyle, by Charles Carreon
- Black Easter, by James Blish
- Brave New World, by Aldous Huxley
- Burning Chrome, by William Gibson
- Flow My Tears, The Policeman Said, by Phil Dick
- Phil Dick's Yogacara Vision Through His Eye in the Sky, by Charles Carreon
- Robert Sheckley Table of Contents
- The Perfect Geometry of Death Annihilates It's Author in "Equilibrium," Screenplay Transcribed by Tara Carreon
- The Void Captain's Tale, by Norman Spinrad
- Voidsuck This!, by Charles Carreon
- William Gibson's Dystopian Epic -- Neuromancer, by Charles Carreon
- UBIK: Phil Dick.s Answer To Death After Life, by Charles Carreon
- James Cameron's The Terminator
- James Cameron's Terminator 2: Judgment Day, Written and Directed by James Cameron, Transcribed by Tara Carreon
- The Second Renaissance, Part I and II, from the Movie "Animatrix," directed by Mahiro Maeda,

Literature & Philosophy, Too!

- The Age of Reason, by Thomas Paine
- The Babies, by Mark Twain
- The Common Reader:  First Series, by Virginia Woolf
- The Common Reader:  Second Series, by Virginia Woolf
- The Count of Monte Cristo, by Alexandre Dumas
- The Death of the Moth and Other Essays, by Virginia Woolf
- The Doors of Perception, by Aldous Huxley
  The Garden of the Forking Paths, by Jorge Luis Borges
- The Grateful Poodle, by Mark Twain
- The Immense Journey, by Loren Eiseley
- The Intelligence Agents, by Timothy Leary
- The Life of Thomas Paine, by

Screenplay Transcribed by Tara Carreon

Little Movies Are Fun For Broadbanders

- Cry-Baby, Written and Directed by John Waters, Starring Johnny Depp, Amy Locane, Susan Tyrrell, Iggy Pop, Ricki Lake, Traci Lords
- Handsome Jewish French Guy On The Streets of Valencia
- Moon Over Parador, Written and directed by Paul Mazursky, Starring Richard Dreyfuss, Sonia Braga, Raul Julia
- Tom Waits Singing "It's All Right With Me," from the Red, Hot & Blue Video
- Well Did You Evah?, Directed by Alex Cox, Starring Iggy Pop and Debbie Harry

Moncure Daniel Conway

- The Machine Stops, by E. M. Forster
- The Origin of Species by Means of Natural Selection, by Charles Darwin
- The Royal Song of Saraha, translated by Herbert V. Guenther
- The Teachings of Don Juan, by Carlos Castaneda
- The Travels of Marco Polo
- The Underdogs, A Novel of the Mexican Revolution, by Mariano Azuela
- Through the Looking Glass, by Lewis Carroll
- To Build a Fire, by Jack London
- Transcending Madness, by Chogyam Trungpa
- Visions of the Night, by Ambrose Bierce

Charles' Primer   Online Media Law, PLLC